IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                          PLAINTIFF

VS.                                     NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY, S.I.                                                      DEFENDANT

<u>REPLY TO DEFENDANT'S REPLY TO
PLAINTIFF'S SECOND MOTION TO COMPEL</u>

　　　　Comes now, the Plaintiff, Rose Hill Cumberland Presbyterian Church, by and through its

attorney, John Ogles, and for its reply to Defendant's reply to Plaintiff's second motion to

compel, states:

　　　　1.　　　That Defendant did a document dump on Plaintiff's counsel yesterday and

produced 1,096 pages of documents.

　　　　2.　　　That the documents provided are still subject to Defendant's objections and

redacted.

　　　　3.　　　Plaintiff's counsel has been through 511 pages of the documents and discovered

so far the attached redacted documents. See Exhibit A.

　　　　4.　　　The Court ordered Defendant to answer without objection which Defendant

continues to refuse to do.

　　　　5.　　　Pursuant to Rule 37 of the Federal Rules of Civil Procedure the Court should

strike Defendant's Answer.  How many chances has Defendant been given?

　　　　6.　　　See *Chrysler Corporation v. Carey, 186 F.3d 1016 (1999).*

8.      This Court entered an order compelling Defendant provide complete and truthful answers.  Plaintiff filed its second motion to compel which Defendant ignored until the time had passed to respond and filed its late response when prompted by Plaintiff.

9.      FRCP Rule 11 (c) allows the Court to use its discretion.

10.     See Comiskey v. JFTJ Corp., 989 F.2d 1007, 1009 (8th Cir. 1993).

11.     See *Kelan Jackson v. Powell, et al.*, 5:19-cv-163 DPM (E.D. Ark. 2020).

12.     See *Korey D. Rabion v. Payne*, 5:19CV00216-BSM-JTK (March 20, 2020).

13.     All Plaintiff can do is abide by the Federal Rules of Discovery.  Defendant has chosen not to abide.

14.     Defendant's Answer should stricken. It is clear Defendant will not provide Plaintiff with truthful and complete answers.  Otherwise, why is Defendant still objecting and redacting its documents after being ordered to answer?

WHEREFORE, Plaintiff requests this Court grant its second motion to compel, and for all other proper relief.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com

CM 00820

Claim: 000-01-251075

Pol: 0094309-25-368984Ins: ROSE HILL CUMBERLAND PRESBYTERIAN CHURCHDoL: 07/23/2022Underwriting Company: Church Mutual Insurance Company, S.IAdj: Bambi Hickey (Property TPA 4)Direct

-Bambi Hickey (02/24/2023 9:47 AM)

Issued supplement payment per the contractor's estimate.

Called and spoke with Jacob Hayes 870-308-0101 and explained the supplemental payment. He will wait to review the scope and let me know if he has any questions.

I provided an update via email to Billy Stasen as well.

The Replacement Cost Value $231,713.41

Less Recoverable Depreciation/Withholding $10,272.00

Less Nonrecoverable Depreciation $0.00

Actual Cash Value $221,441.41

Minus Prior Payments $203,148.82

Minus Deductible $1,000.00

Payment Amount $17,292.59
-Bambi Hickey (02/20/2023 1:07 PM)

** Freeze, resulting water dmg.

** ACV paid/HB pending.

** IA/contractor agreed supp to include add'l DRY texture, R&R of bath vanities, update of price list and O&P on new replacement.

Mar 24, 2023 6:55 AM

EXHIBIT ___A___

CM 00821

Claim: 000-01-251075

Pol: 0094309-25-36898 Ins: ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH DoL: 07/23/2022 Underwriting Company: Church Mutual Insurance Company, S.I. Adj: Bambi Hickey (Property TPA 4) Direct

-Kyle Hulkonen (02/20/2023 6:05 AM)

IBC from Insured, Jacob Hayes (870-308-0101), advising that contractor has found several issues that will likley need to be addressed as additional supplement (i.e. heavy shingles from sanctuary doors will require replacement because the door frames were discarded and half the hinge was lost).

Contractor will document these and forward for consideration.

I also advised Mr. Hayes of my conversation with MIT contractor.

He stated his understanding.
-David Richmond (02/16/2023 3:07 PM)

Spoke with Ricardo Robles, of Service Restoration (612-427-5403).

We had detailed discussion about their billing vs Code Blue payment recommendations, which were paid to the Insured.

Attempting to reach agreeable resolution to the dispute over MIT payment.

He advised the following:

-They use T&M billing instead of Xact because they believe Xact doesn't adequately allow for the complexity of a commercial project.

- Their pay rate for their technicians is higher than Code Blue allowed.

- He states that the bill rate approved by CB is for "General" labor ($53/hr) and their employees are billed at a Tech rate ($73/hr).

- He states there was some disagreement about drying period for both labor and equipment.

- He indicated that CB didn't complete a full review of Pack-out billing.

Mar 24, 2023 6:55 AM

CM 00823

Claim: 000-01-251075

Pol: 0094309-25-3638984Ins: ROSE HILL CUMBERLAND PRESBYTERIAN CHURCHDoL: 07/23/2022Underwriting Company: Church Mutual Insurance Company, S.I.Adj: Bambi Hickey (Property TPA 4)Direct

Returned call to Insured's attorney, John Ogles (501.982.8339).

He again requested that we hire an attorney to defend the Insured against lien and potential suit, brought by the Mitigation contractor - Service Restoration.

I explained that the policy did not provide a duty to defend against a third party contractor, hired by the Insured.

He asked that I have SUP contact him to discuss further.
-David Richmond (02/07/2023 3:52 PM)

I have submitted an adjusted large loss request with the contractor's revised estimate. He had included removal of flooring that had already been removed by the mitigation. He also adjusted the toilet partitions to detach and reset and not RR as they were undamaged.
-Bambi Hickey (02/03/2023 12:55 PM)

Received email from the Insured's contractor. He has submitted the same estimate but, provided photos to support the additional scope- drywall, trim and carpeting. He has added notes to the estimate to correlate the photos. He is also is requesting supervision and OP on the pews.

Submitted large loss request for management review.
-Bambi Hickey (01/30/2023 11:27 AM)

The Insured's attorney has questions regarding CMIC's role in the discrepancies with the mitigation company and lien they have placed on the church.

I set expectation for management to reach out to discuss.
-Bambi Hickey (01/14/2023 11:41 AM)

The Insured has hired an attorney to assist with the restoration service and associated charges- Johnson Ogles.

Mar 24, 2023 6:55 AM

CM 00827

Claim: 000-01-251075

Received follow-up call form Insured, Jacob Hayes (870 308-0101), inquiring of status of supplemental payment.

I explained that this payment was awaiting approval and that it is expected to be mailed by tomorrow.

I did not provide financial details but explained that the payment would include the undisputed payment for MIT, Mold abatement and pack-out, as well as supplement for the build-back estimate.

I explained that we are reviewing the disputed costs from Service Restoration invoice, and would attempt to reach agreement with the contractor.

He stated his understanding and agreement.
-David Richmond (12/22/2022 2:01 PM)

Spoke with Mr. Robles and provided an update on the payment pending. He disagreed with the Code Blue recommendation and is stating he is not in agreement. I have provided this information to the Insured and explanation of the payment for the undisputed amount. So she is aware of the difference in invoiced amount vs. payment. He stated he would be reaching out to the Insured for the payment for the difference.
-Bambi Hickey (12/22/2022 12:59 PM)

Called and spoke with Melissa Pace 870-723-6466. Provided an update on the claim/payment status. Listened to her frustration with the claim process, length of time things have taken and issues with the mitigation company. Expressed confidence that we will be able to come to an agreement with the build back contractor. She stated she understood that the full mitigation invoice but will be issuing payment for the reasonable charges based on the scope.

Set expectation to follow up once the payment is approved and I will email her the documents - ggpace@att.net.
-Bambi Hickey (12/22/2022 12:07 PM)

Mar 24, 2023 6:55 AM

Page 10

CM 00828

Claim: 000-01-251075



COL was plumbing leak, which was not discovered for some time. Mold was found.

ACV payment issued per original IA estimate.

MIT contractor (Service Restoration) performed dry-out, pack-out and mold abatement.

Their invoices were prepared using TKM – not Xact – and total $232,215.

Code Blue reviewed and has provided payment recommendation of $126,672 (attached). Difference is $103,542.

Built-back contractor provided quote ($107,009) which included significant duplication of MIT / demo costs.

IA has reviewed CTR sheet and provided revised estimate - $84,654.

Supplemental payment recommendation includes the Code Blue approved costs, along with revised IA build-back estimate.

Forwarded to SUP for review / approval
-David Richmond (12/22/2022 10:23 AM)

Working to review the file and all of the various communications with the contractor. The I am unable to locate the photos of the judges paneling. The IA photos show the property after the mitigation.

Mar 24, 2023 6:55 AM

Page 11

Received email from Jacob Ashby (Alternate Contact) on 07/28/2022, with attached Jpeg photos

Binder 4 - Include photos provided by J-Ashby, showing extent of water damage.

A statement was provided by the church from the person, Jeff Loveless, that discovered the damages. Witness states that he "...had to wade in ankle deep water...The water was coming from the commode tank and spilling over to the floor. It may have been spilling out of the bowl as well there was just lots and lots of water splashing down to the floor...I removed the tank lid. The tank was full and overflowing with the float valve all the way up and not closing the valve. I reached down on the left side and turned the water off at the turn off valve at the floor..."

08/12/2022 - Limited Asbestos Assessment - No asbestos has been detected. Uploaded to file. Pending invoice.
-Abelardo Dejesus (08/24/2022 9:55 AM)

IBC from Wes - Advised that the claim reports QA approved on 081622 and I will review and FU with him tomorrow.
-Abelardo Dejesus (08/17/2022 1:13 PM)

Water MIT and possible mold estimate has been requested but not received.
-Abelardo Dejesus (08/12/2022 10:16 AM)

Tim Toler IA is backed up and will have estimate to us by the end of the weekend.

Sanctuary carpet needs to be replaced; flooring will need to be replaced in the hallway; vinyl is okay for good. There was a little bit of mold. The insured was not concerned about it. IA is backed up and will be working all weekend.

Claim: 000-01-251075

Mar 24, 2023 6:55 AM

CM 00843

CM 00848

Claim: 000-01-251075

2nd attempt at contacting the POC and the church

Karen Bayless 870-367-0803 karen.bayless@billies.org- I left a voice message asking for a return call.

Church Karen Bayless 870-367-0803 - I left a voice message asking for a return call.

Emailed Karen Bayless
-Abelardo Dejesus (07/26/2022 8:56 AM)

Customer Contact - Customer contacted today.
-Abelardo Dejesus (07/25/2022 3:38 PM)

Coverage - Water-Plumbing

Status - IA to inspect exterior and interior of loss location

Resolution: Strategy & Action Items =

-F/U in 10 days for IA report & photo outcome of inspection.

-Make cov. determ. if possible, based in investigation outcome.

-F/U w/ Insured in 12 days to provide status of claim.
-Abelardo Dejesus (07/25/2022 3:37 PM)

Damages - Water-Plumbing

Prior Loss History - No priors pulled up
-Abelardo Dejesus (07/25/2022 3:37 PM)

Cause of Loss - Water-Plumbing

Mar 24, 2023 6:55 AM

Claim: 000-01-251075

| | Value | Target/Service Level | Status |
|---|---|---|---|
| Number of Escalated Activities | 0 | 2 | ◉ |
| % of Escalated Activities | 0% | 2% | ◉ |
| Number of Mail Center Notifications Outstanding past 5 days | 0 | 15 | ◉ |
| **Claim Financials** | | | |
| Net Total Incurred | $248,097.44 | $25,000.00 | |
| Total Paid | $233,378.41 | $25,000.00 | |
| Incurred Loss Costs as % of Net Total Incurred | 99% | 90% | ◉ |
| Paid Loss Costs as % of Total Paid | 99% | 90% | ◉ |
| Time to First Loss Payment (Days) | 23 | 10 | |
| | | | |
| Subrogation - Days Open | N/A | | Yes |
| Subrogation - % Recovered | N/A | | Yes |
| **Exposures** | | | |
| (1) 1st Party Property - ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH - Building - Special Form - CMBLDSPF 001 (2133 HIGHWAY 83 N, MONTICELLO, AR 71655-9325) | Low Complexity | | |

Mar 24, 2023 6:55 AM

CM 00853

Claim: 000-01-251075

| | Value | Target/Service Level | Status |
|---|---|---|---|
| Estimated Days to Repair | N/A | | Yes |
| Actual Days Rented | N/A | | Yes |
| % of Escalated Activities | N/A | 40% | ⬤ |
| Number of Mail Center Notifications Outstanding past 5 days | 0 | 12 | ⬤ |
| Paid Loss Costs as % of Total Paid | 100% | 60% | ⬤ |
| Time to First Loss Payment (Days) | 0 | 45 | ⬤ |
| Subrogation - Days Open | N/A | | Yes |
| Subrogation - % Recovered | N/A | | Yes |
| Footnotes | | | |
| Claim Tier: Low Severity | | | |

## Workplan

| ☆⊡ | Due | Priority | Status | Subject | Exposures | Ext Owner | Assigned To |
|---|---|---|---|---|---|---|---|

# Loss Details

**Details**

**Loss Details**
Description        FOYER AND SANCTUARY IS FLOODED FROM MANS BATHROOM TOILET
Loss Cause         Water Damage
Sub Loss Cause     All Other Losses
Fault Rating       No fault
Catastrophe

Mar 24, 2023 6:55 AM

CM 00855

Claim: 000-01-251075

Are there issues concerning the settlement or potential settlement?

Is insured/claimant willing to settle for less money to settle quickly?

Did the insured/claimant provide documentation that is questionable or refrain from using traceable types of communication?

Did the insured/claimant present excessive or hand written documentation?

Is the first notice of loss report by an attorney alleging loss to their client and the insured is not aware of it?

Is insured/claimant overly familiar with insurance claims terminology and procedures?

Does the claim involve use of fictitious identity, multiple identities, date of births, social security/FEIN numbers, etc?

Has law enforcement made a direct request for information from Church Mutual or anonymous tip of potential fraud?

Does ISO report shows a prior referral for fraud activity?

Has the insured/claimant had a history of 3 or more similar claims in the past 3 years? (excluding CAT claims)

**Section Two Score:**    0

**Total Score (SIU Team notified at   0**
**5 or above):**
Manually Referred
Refer claim to SIU team

## Exposures

| # | Type | Coverage | Coverage Term Pattern | Claimant | Adjuster | Status | Future Payments | Paid |
|---|------|----------|----------------------|----------|----------|--------|-----------------|------|
| 1 | Property | Building - Special Form - CMBLDSPF | | ROSE HILL CUMBERLAND | Bambi Hickey | Open | | $211,857.65 |

Mar 24, 2023 6:55 AM

CM 00859

CM 00860

Claim: 000-01-251075

| # | Type | Coverage | Coverage Term Pattern | Claimant | Adjuster | Status | Future Payments | Paid |
|---|------|----------|----------------------|----------|----------|--------|-----------------|------|
| 2 | General | Property Enhancement Endorsement - CMPRENH | | ROSE HILL CUMBERLAND PRESBYTERIA CHURCH | Bambi Hickey | Open | ████ | $21,520.76 |

## Contacts

| Name | Roles | Contact Prohibited? | Phone | Address | City | State | ZIP Code |
|------|-------|---------------------|-------|---------|------|-------|----------|
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATI( | Vendor | No | 810-982-0313 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATI( INC | Check Payee | No | 716-435-1773 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATI( INC | Check Payee, Vendor | No | 716-435-1773 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| KAREN BAYLESS | Main Contact, Reporter | No | 870-367-0803 | | | | |
| JASON CHEYKA | Underwriter | No | | | | | |

Mar 24, 2023 6:55 AM

Claim: 000-01-251075

## Exposure

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Exposure only

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Claimant

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Coverage

Mar 24, 2023 6:55 AM

CM 00868

CM 00869

Claim: 000-01-251075

| Open Recovery Reserves | | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Claim Cost only

| Open Recovery Reserves | | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $230,713.41 | | $245,432.44 | $245,432.44 |

## Reserving Currency

| Open Recovery Reserves | | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| USD | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Recovery Category

Claim: 000-01-251075

CM 00870

# Financials: Transactions

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|------|------|--------------|--------|----------|----------|-----------|---------------|--------|------|
| Payment | 08/24/2022 | 08/25/2022 | $45,432.44 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Stopped | Abelardo Dejesus |
| Payment | 09/09/2022 | 09/09/2022 | $1,265.00 | | 1 Building - Special Form - CMBLDSPF | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |
| Payment | 10/21/2022 | 10/21/2022 | $875.00 | | 1 Building - Special | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |

Page 53

Mar 24, 2023 6:55 AM

CM 00871

Claim: 000-01-251075

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Form - CMBLDSPF | | | | |
| Payment | 12/22/2022 | 12/23/2022 | $136,195.62 | 1 | Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | David Richmond |
| Payment | 12/23/2022 | 12/23/2022 | $21,520.76 | 2 | Property Enhancement Endorsement - CMPRENH | Claim Cost | Loss | Submitted | David Richmond |
| Payment | 01/09/2023 | 01/09/2023 | ($45,432.44) | 1 | Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Abelardo Dejesus |
| Payment | 01/09/2023 | 01/09/2023 | $45,432.44 | 1 | Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |

Page 54

Mar 24, 2023 6:55 AM

CM 00872

Claim: 000-01-251075

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|------|------|--------------|--------|----------|----------|-----------|---------------|--------|------|
| Payment | 02/06/2023 | 02/06/2023 | $525.00 | | 1 Building - Special Form - CMBLDSPF | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |
| Payment | 02/20/2023 | 02/20/2023 | $17,292.59 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |
| Payment | 03/10/2023 | 03/10/2023 | $10,272.00 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |

## Financials: Checks

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice |
|--------------|--------|--------------|------------|---------------------|--------|--------------|
| 2004427 | ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | $45,432.44 | 08/24/2022 | 08/24/2022 | Stopped | |
| 2006209 | ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIONS INC | $1,265.00 | 09/09/2022 | 09/09/2022 | Cleared | |
| 2018504 | ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | $157,716.38 | 12/23/2022 | 12/23/2022 | Cleared | |

Page 55

Mar 24, 2023 6:55 AM

CM 00875

Claim: 000-01-251075

-Bambi Hickey (02/20/2023 1:07 PM)

** Freeze, resulting water dmg.

** ACV paid/HB pending.

** IA/contractor agreed supp to include add'l DRY texture, R&R of bath vanities, update of price list and O&P on pew replacement.

-Kyle Hulkonen (02/20/2023 6:05 AM)

IBC from Insured, Jacob Hayes (870-308-0101), advising that contractor has found several issues that will likley need to be addressed as additional supplement (i.e. heavy shingles from sanctuary doors will require replacement because the door frames were discarded and half the hinge was lost).

Contractor will document these and forward for consideration.

I also advised Mr. Hayes of my conversation with MIT contractor.

He stated his understanding.
-David Richmond (02/16/2023 3:07 PM)

Spoke with Ricardo Robles, of Service Restoration (612-427-5403).

We had detailed discussion about their billing vs Code Blue payment recommendations, which were paid to the Insured.

Attempting to reach agreeable resolution to the dispute over MIT payment.

He advised the following:

Page 58

Mar 24, 2023 6:55 AM

CM 00881

Claim: 000-01-251075

Received follow-up call form Insured, Jacob Hayes (870 308-0101), inquiring of status of supplemental payment.

I explained that this payment was awaiting approval and that it is expected to be mailed by tomorrow.

I did not provide financial details but explained that the payment would include the undisputed payment for MIT, Mold abatement and pack-out, as well as supplement for the build-back estimate.

I explained that we are reviewing the disputed costs from Service Restoration invoice, and would attempt to reach agreement with the contractor.

He stated his understanding and agreement.
-David Richmond (12/22/2022 2:01 PM)

Spoke with Mr. Robles and provided an update on the payment pending. He disagreed with the Code Blue recommendation and is stating he is not in agreement. I have provided this information to the Insured and explanation of the payment for the undisputed amount. So she is aware of the difference in invoiced amount vs. payment. He stated he would be reaching out to the Insured for the payment for the difference.
-Bambi Hickey (12/22/2022 12:59 PM)

Called and spoke with Melissa Pace 870-723-6466. Provided an update on the claim/payment status. Listened to her frustration with the claim process, length of time things have taken and issues with the mitigation company. Expressed confidence that we will be able to come to an agreement with the build back contractor. She stated she understood that the full mitigation invoice but will be issuing payment for the reasonable charges based on the scope.

Set expectation to follow up once the payment is approved and I will email her the documents - ggpace@att.net.
-Bambi Hickey (12/22/2022 12:07 PM)

Mar 24, 2023 6:55 AM

Claim: 000-01-251075

CM 00882

COL was plumbing leak, which was not discovered for some time. Mold was found.

ACV payment issued per original IA estimate.

MIT contractor (Service Restoration) performed dry-out, pack-out and mold abatement.

Their invoices were prepared using T&M - not Xact - and total $232,215.

Code Blue reviewed and has provided payment recommendation of $126,672 (attached). Difference is $103,542.

Build-back contractor provided quote ($107,000) which included significant duplication of MIT / demo costs.

IA has reviewed CTR sheet and provided revised estimate - $84,454.

Supplemental payment recommendation includes the Code Blue approved costs, along with revised IA build-back estimate.

Forwarded to SUP for review / approval.
-David Richmond (12/22/2022 10:23 AM)

Working to review the file and all of the various communications with the contractor. The I am unable to locate the photos of the property pending. The IA photos show the property after the mitigation.

Mar 24, 2023 6:55 AM

Page 65

CM 00897

Claim: 000-01-251075

Received email from Jacob Ashby (Alternate Contact) on 07/28/2022, with attached Jpeg photos

Binder 4 - Include photos provided by J-Ashby, showing extent of water damage.

A statement was provided by the church from the person, Jeff Loveless, that discovered the damages. Witness states that he "...had to wade in ankle deep water...The water was coming from the commode tank and spilling over to the floor. It may have been spilling out of the bowl as well there was just lots and lots of water splashing down to the floor...I removed the tank lid. The tank was full and overflowing with the float valve all the way up and not closing the valve. I reached down on the left side and turned the water off at the turn off valve at the floor..."

08/12/2022 - Limited Asbestos Assessment - No asbestos has been detected. Uploaded to file. Pending invoice.
-Abelardo Dejesus (08/24/2022 9:55 AM)

IBC from Wes - Advised that the claim reports QA approved on 081622 and I will review and FU with him tomorrow.
-Abelardo Dejesus (08/17/2022 1:13 PM)

Water MIT and possible mold estimate has been requested but not received.
-Abelardo Dejesus (08/12/2022 10:16 AM)

Tim Toler IA is backed up and will have estimate to us by the end of the weekend.

Sanctuary carpet needs to be replaced; flooring will need to be replaced in the hallway; vinyl is okay for good. There was a little bit of mold. The insured was not concerned about it. IA is backed up and will be working all weekend.

Mar 24, 2023 6:55 AM

Claim: 000-01-251075

CM 00902

2nd attempt at contacting the POC and the church

Karen Bayless 870-367-0803 karen.bayless@billies.org- I left a voice message asking for a return call.

Church Karen Bayless 870-367-0803 - I left a voice message asking for a return call.

Emailed Karen Bayless
-Abelardo Dejesus (07/26/2022 8:56 AM)

Customer Contact - Customer contacted today.
-Abelardo Dejesus (07/25/2022 3:38 PM)

Coverage - Water-Plumbing

Status - IA to inspect exterior and interior of loss location

Resolution: Strategy & Action Items =

-F/U in 10 days for IA report & photo outcome of inspection.

-Make cov. determ. if possible, based in investigation outcome.

-F/U w/ insured in 12 days to provide status of claim.
-Abelardo Dejesus (07/25/2022 3:37 PM)

Damages - Water-Plumbing

Prior Loss History - No priors pulled up
-Abelardo Dejesus (07/25/2022 3:37 PM)

Cause of Loss - Water-Plumbing

Mar 24, 2023 6:55 AM

CM 00930

Claim: 000-01-251075

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Bambi Hickey | 12/29/2022 1:07 PM | | |
| Viewed | Entire claim | David Richmond | 12/27/2022 8:28 AM | | |
| Activity due date changed | Entire claim | Bambi Hickey | 12/23/2022 11:29 AM | Activity [Re-issue 1st payment] target date changed from 12/22/2022 to 12/27/2022 | |
| Viewed | Entire claim | Bambi Hickey | 12/23/2022 11:06 AM | | |
| Opened | (2) 1st Party General - ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | Kyle Hulkonen | 12/23/2022 8:05 AM | New exposure created | |
| Assigned | (2) 1st Party General - ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | Kyle Hulkonen | 12/23/2022 8:05 AM | Assigned to user Bambi Hickey in group Property TPA 2 | |
| Viewed | Entire claim | Kyle Hulkonen | 12/23/2022 7:55 AM | | |
| Approval or Rejection | Entire claim | Kyle Hulkonen | 12/22/2022 2:40 PM | ███████████ | Details |
| Viewed | Entire claim | Kyle Hulkonen | 12/22/2022 2:39 PM | | |
| Viewed | Entire claim | Kristie Green | 12/22/2022 1:28 PM | | |

Mar 24, 2023 6:55 AM