IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                          PLAINTIFF

VS.                              NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY, S.I.                                                      DEFENDANT

### EXHIBIT B TO REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S SECOND MOTION TO COMPEL

Attached as Exhibit B is further redacted documents produced by Defendant to Plaintiff two days ago that Plaintiff's attorney is going through one by one. There are only 700 pages to further review.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com

CM 00827

Claim: 000-01-251075

Received follow-up call form Insured, Jacob Hayes (870 308-0101), inquiring of status of supplemental payment.

I explained that this payment was awaiting approval and that it is expected to be mailed by tomorrow.

I did not provide financial details but explained that the payment would include the undisputed payment for MIT, Mold abatement and pack-out, as well as supplement for the build-back estimate.

I explained that we are reviewing the disputed costs from Service Restoration invoice, and would attempt to reach agreement with the contractor.

He stated his understanding and agreement.
-David Richmond (12/22/2022 2:01 PM)

Spoke with Mr. Robles and provided an update on the payment pending. He disagreed with the Code Blue recommendation and is stating he is not in agreement. I have provided this information to the Insured and explanation of the payment for the undisputed amount. So she is aware of the difference invoiced amount vs. payment. He stated he would be reaching out to the Insured for the payment to difference.
-Bambi Hickey (12/22/2022 12:59 PM)

Called and spoke with Melissa Pace 870-723-6466. Provided an update on the claim/payment status. Listened to her frustration with the claim process, length of time things have taken and issues with the mitigation company. Expressed confidence that we will be able to come to an agreement with the build back contractor. She stated she understood that the full mitigation invoice but will be issuing payment for the reasonable charges based on the scope.

Set expectation to follow up once the payment is approved and I will email her the documents - ggpace@att.net.
-Bambi Hickey (12/22/2022 12:07 PM)

Mar 24, 2023 6:55 AM

Page 10

EXHIBIT B



...was not discovered for some time. Mold was found.

...IA estimate.

...tion) performed dry-out, pack-out and mold abatement.

...ing T&M - not Xact - and total $232,215.

...vided payment recommendation of $129,672 (attached). Difference is ...unts ($107,000) which included significant duplication of MIT / demo

...provided revised estimate - $64,654.

...endation  includes the Code Blue approved costs, along with revised IA ...approval.

...23 AM)

...l of the various communications with the contractor. The I am unable to ...paneling. The IA photos show the property after the mitigation.

Mar 24, 2023 6:55 AM

age 11

CM 00843

Claim: 000-01-251075

Received email from Jacob Ashby (Alternate Contact) on 07/28/2022, with attached Jpeg photos

Binder 4 - Include photos provided by J-Ashby, showing extent of water damage.

A statement was provided by the church from the person, Jeff Loveless, that discovered the damages. Witness states that he "...had to wade in ankle deep water...The water was coming from the commode tank and spilling over to the floor. It may have been spilling out of the bowl as well there was just lots and lots of water splashing down to the floor...I removed the tank lid. The tank was full and overflowing with the float valve all the way up and not closing the valve. I reached down on the left side and turned the water off at the turn off valve at the floor..."

08/12/2022 - Limited Asbestos Assessment - No asbestos has been detected. Uploaded to file. Pending invoice.
-Abelardo Dejesus (08/24/2022 9:55 AM)

IBC from Wes - Advised that the claim reports QA approved on 081622 and I will review and FU with him tomorrow.
-Abelardo Dejesus (08/17/2022 1:13 PM)

Water MIT and possible mold estimate has been requested but not received.
-Abelardo Dejesus (08/12/2022 10:16 AM)

Tim Toler IA is backed up and will have estimate to us by the end of the weekend.

Sanctuary carpet needs to be replaced; flooring will need to be replaced in the hallway; vinyl is okay for good. There was a little bit of mold. The insured was not concerned about it. IA is backed up and will be working all weekend.

Mar 24, 2023 6:55 AM

CM 00848

Claim: 000-01-251075

2nd attempt at contacting the POC and the church

Karen Bayless 870-367-0803 karen.bayless@billies.org- I left a voice message asking for a return call.

Church Karen Bayless 870-367-0803 - I left a voice message asking for a return call.

Emailed Karen Bayless·
-Abelardo Dejesus (07/26/2022 8:56 AM)

Customer Contact - Customer contacted today.
-Abelardo Dejesus (07/25/2022 3:38 PM)

Coverage - Water-Plumbing

Status - IA to inspect exterior and interior of loss location

Resolution: Strategy & Action Items =

-F/U in 10 days for IA report & photo outcome of inspection.

-Make cov. determ. if possible, based in investigation outcome.

-F/U w/ insured in 12 days to provide status of claim.
-Abelardo Dejesus (07/25/2022 3:37 PM)

Damages - Water-Plumbing

Prior Loss History - No priors pulled up
-Abelardo Dejesus (07/25/2022 3:37 PM)

Cause of Loss - Water-Plumbing

Mar 24, 2023 6:55 AM

Page 31

Claim: 000-01-251075

| | Value | Target/Service Level | Status |
|---|---|---|---|
| Number of Escalated Activities | 0 | 2 | |
| % of Escalated Activities | 0% | 2% | |
| Number of Mail Center Notifications Outstanding past 5 days | 0 | 15 | |
| **Claim Financials** | | | |
| Net Total Incurred | $248,097.44 | $25,000.00 | |
| Total Paid | $233,378.41 | $25,000.00 | |
| Incurred Loss Costs as % of Net Total Incurred | 99% | 90% | |
| Paid Loss Costs as % of Total Paid | 99% | 90% | |
| Time to First Loss Payment (Days) | 23 | 10 | |
| Subrogation - Days Open | N/A | | Yes |
| Subrogation - % Recovered | N/A | | Yes |

Exposures

(1) 1st Party Property -      Low Complexity
ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH
- Building - Special Form -
CMBLDSPF001 (2133 HIGHWAY
83 N, MONTICELLO, AR
71655-9325)

Mar 24, 2023 6:55 AM

Page 36

CM 00853

Claim: 000-01-251075

| | Value | Target/Service Level | Status |
|---|---|---|---|
| Estimated Days to Repair | N/A | | Yes |
| Actual Days Rented | N/A | | Yes |
| % of Escalated Activities | N/A | 40% | ● |
| Number of Mail Center Notifications Outstanding past 5 days | 0 | 12 | ● |
| Paid Loss Costs as % of Total Paid | 100% | 60% | ● |
| Time to First Loss Payment (Days) | 0 | 45 | ● |
| Subrogation - Days Open | N/A | | Yes |
| Subrogation - % Recovered | N/A | | Yes |
| Footnotes | | | |
| Claim Tier: Low Severity | | | |

## Workplan

| | Due | Priority | Status | Subject | Exposures | Ext Owner | Assigned To |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Loss Details

### Details

**Loss Details**
Description: FOYER AND SANCTUARY IS FLOODED FROM MANS BATHROOM TOILET
Loss Cause: Water Damage
Sub Loss Cause: All Other Losses
Fault Rating: No fault
Catastrophe:

CM 00855

Claim: 000-01-251075

- Are there issues concerning the settlement or potential settlement?
- Is insured/claimant willing to settle for less money to settle quickly?
- Did the insured/claimant provide documention that is questionable or refrain from using tracable types of communication?
- Did the insured/claimant present excessive or hand written documentation?
- Is the first notice of loss reportd by an attorney alleging loss to their client and the insured is not aware of it?
- Is insured/claimant overly familiar with insurance claims terminology and procedures?
- Does the claim involve use of fictitious identity, multiple identities, date of births, social security/FEIN numbers, etc?
- Has law enforcement made a direct request for information from Church Mutual or anonymous tip of potential fraud?
- Does ISO report shows a prior referral for fraud activity?
- Has the insured/claimant had a history of 3 or more similar claims in the past 3 years? (excluding CAT claims)

**Section Two Score:** 0

**Total Score (SIU Team notified at 0 5 or above):**
Manually Referred
Refer claim to SIU team

## Exposures

| # | Type | Coverage | Coverage Term Pattern | Claimant | Adjuster | Status | Future Payments | Paid |
|---|------|----------|----------------------|----------|----------|--------|-----------------|------|
| 1 | Property | Building - Special Form - CMBLDSPF | | ROSE HILL CUMBERLAND | Bambi Hickey | Open | | $211,857.65 |

Claim: 000-01-251075

| # | Type | Coverage | Coverage Term Pattern | Claimant | Adjuster | Status | Future Payments | Paid |
|---|------|----------|----------------------|----------|----------|--------|-----------------|------|
| 2 | General | Property Enhancement Endorsement - CMPRENH | | ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | Bambi Hickey | Open | | $21,520.76 |

## Contacts

| Name | Roles | Contact Prohibited? | Phone | Address | City | State | ZIP Code |
|------|-------|---------------------|-------|---------|------|-------|----------|
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIC | Vendor | No | 810-982-0313 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIC INC | Check Payee | No | 716-435-1773 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIC INC | Check Payee, Vendor | No | 716-435-1773 | PO Box 749411 | Atlanta | Georgia | 30374-9411 |
| KAREN BAYLESS | Main Contact, Reporter | No | 870-367-0803 | | | | |
| JASON CHEYKA | Underwriter | No | | | | | |

Claim: 000-01-251075

## Exposure

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Exposure only

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Claimant

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Coverage

CM 00868

Claim: 000-01-251075

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Claim Cost only

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total | | | $230,713.41 | | $245,432.44 | $245,432.44 |

## Reserving Currency

| | Open Recovery Reserves | Future Payments | Total Paid | Recoveries | Gross Total Incurred | Net Total Incurred |
|---|---|---|---|---|---|---|
| USD | | | $233,378.41 | | $248,097.44 | $248,097.44 |

## Recovery Category

Claim: 000-01-251075

## Financials: Transactions

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 08/24/2022 | 08/25/2022 | $45,432.44 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Stopped | Abelardo Dejesus |
| Payment | 09/09/2022 | 09/09/2022 | $1,265.00 | | 1 Building - Special Form - CMBLDSPF | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |
| Payment | 10/21/2022 | 10/21/2022 | $875.00 | | 1 Building - Special | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |

CM 00870

Claim: 000-01-251075

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Form - CMBLDSPF | | | | |
| Payment | 12/22/2022 | 12/23/2022 | $136,195.62 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | David Richmond |
| Payment | 12/23/2022 | 12/23/2022 | $21,520.76 | | 2 Property Enhancemer Endorsemen - CMPRENH | Claim Cost | Loss | Submitted | David Richmond |
| Payment | 01/09/2023 | 01/09/2023 | ($45,432.44) | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Abelardo Dejesus |
| Payment | 01/09/2023 | 01/09/2023 | $45,432.44 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |

Page 54

Mar 24, 2023 6:55 AM

CM 00871

Claim: 000-01-251075

| Type | Date | Booking Date | Amount | Exposure | Coverage | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 02/06/2023 | 02/06/2023 | $525.00 | | 1 Building - Special Form - CMBLDSPF | Expense | Independent Adjusting Expense | Submitted | Kimberly Conley |
| Payment | 02/20/2023 | 02/20/2023 | $17,292.59 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |
| Payment | 03/10/2023 | 03/10/2023 | $10,272.00 | | 1 Building - Special Form - CMBLDSPF | Claim Cost | Loss | Submitted | Bambi Hickey |

## Financials: Checks

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice |
|---|---|---|---|---|---|---|
| 2004427 | ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | $45,432.44 | 08/24/2022 | 08/24/2022 | Stopped | |
| 2006209 | ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIONS INC | $1,265.00 | 09/09/2022 | 09/09/2022 | Cleared | |
| 2018504 | ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | $157,716.38 | 12/23/2022 | 12/23/2022 | Cleared | |

Mar 24, 2023 6:55 AM

CM 00872

-Bambi Hickey (02/20/2023 1:07 PM)

** Freeze, resulting water dmg.

** ACV paid/HB pending.

** IA/contractor agreed supp to include add'l DRY texture, R&R of bath vanities, update of price list and O&P on pew replacement.

-Kyle Hulkonen (02/20/2023 6:05 AM)

IBC from Insured, Jacob Hayes (870-308-0101), advising that contractor has found several issues that will likley need to be addressed as additional supplement (i.e. heavy shingles from sanctuary doors will require replacement because the door frames were discarded and half the hinge was lost).

Contractor will document these and forward for consideration.

I also advised Mr. Hayes of my conversation with MIT contractor.

He stated his understanding.

-David Richmond (02/16/2023 3:07 PM)

Spoke with Ricardo Robles, of Service Restoration (612-427-5403).

We had detailed discussion about their billing vs Code Blue payment recommendations, which were paid to the Insured.

Attempting to reach agreeable resolution to the dispute over MIT payment.

He advised the following:

Claim: 000-01-251075
Mar 24, 2023 6:55 AM

CM 00875

Claim: 000-01-251075

Received follow-up call form Insured, Jacob Hayes (870 308-0101), inquiring of status of supplemental payment.

I explained that this payment was awaiting approval and that it is expected to be mailed by tomorrow.

I did not provide financial details but explained that the payment would include the undisputed payment for MIT, Mold abatement and pack-out, as well as supplement for the build-back estimate.

I explained that we are reviewing the disputed costs from Service Restoration invoice, and would attempt to reach agreement with the contractor.

He stated his understanding and agreement.
-David Richmond (12/22/2022 2:01 PM)

Spoke with Mr. Robles and provided an update on the payment pending. He disagreed with the Code Blue recommendation and is stating he is not in agreement. I have provided this information to the Insured and explanation of the payment for the undisputed amount. So she is aware of the difference in invoiced amount vs. payment. He stated he would be reaching out to the Insured for the payment for the difference.
-Bambi Hickey (12/22/2022 12:59 PM)

Called and spoke with Melissa Pace 870-723-6466. Provided an update on the claim/payment status. Listened to her frustration with the claim process, length of time things have taken and issues with the mitigation company. Expressed confidence that we will be able to come to an agreement with the build back contractor. She stated she understood that the full mitigation invoice but will be issuing payment for the reasonable charges based on the scope.

Set expectation to follow up once the payment is approved and I will email her the documents - ggpace@att.net.
-Bambi Hickey (12/22/2022 12:07 PM)

CM 00881

Mar 24, 2023 6:55 AM

COL was plumbing leak, which was not discovered for some time. Mold was found.

ACV payment issued per original IA estimate.

MIT contractor (Service Restoration) performed dry-out, pack-out and mold abatement.

Their invoices were prepared using T&M - not Xact - and total $232,215.

Code Blue reviewed and has provided payment recommendation of $129,672 (attached). Difference is $103,542.

Build-back contractor provided quote ($107,000) which includes significant duplication of MIT / demo costs.

IA has reviewed CTR sheet and provided revised estimate - $84,654.

Supplemental payment recommendation includes the Code Blue approved costs, along with revised IA build-back estimate.

Forwarded to SUP for review / approval.
-David Richmond (12/22/2022 10:23 AM)

Working to review the file and all of the various communications with the contractor. The I am unable to locate the photos of the judges paneling. The IA photos show the property after the mitigation.

Claim: 000-01-251075

CM 00882

Mar 24, 2023 6:55 AM

Claim: 000-01-251075

CM 00897

Received email from Jacob Ashby (Alternate Contact) on 07/28/2022, with attached Jpeg photos

Binder 4 - Include photos provided by J-Ashby, showing extent of water damage.

A statement was provided by the church from the person, Jeff Loveless, that discovered the damages. Witness states that he "...had to wade in ankle deep water...The water was coming from the commode tank and spilling over to the floor. It may have been spilling out of the bowl as well there was just lots and lots of water splashing down to the floor...I removed the tank lid. The tank was full and overflowing with the float valve all the way up and not closing the valve. I reached down on the left side and turned the water off at the turn off valve at the floor..."

08/12/2022 - Limited Asbestos Assessment - No asbestos has been detected. Uploaded to file. Pending invoice.
-Abelardo Dejesus (08/24/2022 9:55 AM)

IBC from Wes - Advised that the claim reports QA approved on 081622 and I will review and FU with him tomorrow.
-Abelardo Dejesus (08/17/2022 1:13 PM)

Water MIT and possible mold estimate has been requested but not received.
-Abelardo Dejesus (08/12/2022 10:16 AM)

Tim Toler IA is backed up and will have estimate to us by the end of the weekend.

Sanctuary carpet needs to be replaced; flooring will need to be replaced in the hallway; vinyl is okay for good. There was a little bit of mold. The insured was not concerned about it. IA is backed up and will be working all weekend.

CM 00902

2nd attempt at contacting the POC and the church

Karen Bayless 870-367-0803 karen.bayless@billies.org- I left a voice message asking for a return call.

Church Karen Bayless 870-367-0803 - I left a voice message asking for a return call.

Emailed Karen Bayless
-Abelardo Dejesus (07/26/2022 8:56 AM)

Customer Contact - Customer contacted today.
-Abelardo Dejesus (07/25/2022 3:38 PM)

Coverage - Water-Plumbing

Status - IA to inspect exterior and interior of loss location

Resolution: Strategy & Action Items =

-F/U in 10 days for IA report & photo outcome of inspection.

-Make cov. determ. if possible, based in investigation outcome.

-F/U w/ insured in 12 days to provide status of claim.
-Abelardo Dejesus (07/25/2022 3:37 PM)

Damages - Water-Plumbing

Prior Loss History - No priors pulled up
-Abelardo Dejesus (07/25/2022 3:37 PM)

Cause of Loss - Water-Plumbing

Claim: 000-01-251075

CM 00930

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Bambi Hickey | 12/29/2022 1:07 PM | | |
| Viewed | Entire claim | David Richmond | 12/27/2022 8:28 AM | | |
| Activity due date changed | Entire claim | Bambi Hickey | 12/23/2022 11:29 AM | Activity [Re-issue 1st payment] target date changed from 12/22/2022 to 12/27/2022 | |
| Viewed | Entire claim | Bambi Hickey | 12/23/2022 11:06 AM | | |
| Opened | (2) 1st Party General - ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | Kyle Hulkonen | 12/23/2022 8:05 AM | New exposure created | |
| Assigned | (2) 1st Party General - ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH | Kyle Hulkonen | 12/23/2022 8:05 AM | Assigned to user Bambi Hickey in group Property TPA 2 | |
| Viewed | Entire claim | Kyle Hulkonen | 12/23/2022 7:55 AM | | |
| Approval or Rejection | Entire claim | Kyle Hulkonen | 12/22/2022 2:40 PM | | Details |
| Viewed | Entire claim | Kyle Hulkonen | 12/22/2022 2:39 PM | | |
| Viewed | Entire claim | Kristie Green | 12/22/2022 1:28 PM | | |

Mar 24, 2023 6:55 AM

Page 113