Case: 4:23-cv-00335-LPR-JTK

JOHN F. COONEY
WATTERS WOLF BUB & HANSMANN LLC
600 KELLWOOD PARKWAY, SUITE 120
ST. LOUIS MO 63107

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 06 2024

TAMMY H. DOWNS, CLERK

By:  DEP CLERK

STATES DISTRICT COURT
  CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
  SUITE A-149
OCK, ARKANSAS 72201-3325

  OFFICIAL BUSINESS

LITTLE ROCK AR 720

12 JAN 2024 PM 3 L

neopost
01/12/2024
US POSTAGE   $00.63⁰

FIRST-CLASS MAIL

ZIP 72201
041L11248479

2024 FEB -6  A 9:44

TAMMY H. DOWNS

NIXIE     631    DE 1        0002/01/24
        RETURN TO SENDER
     INSUFFICIENT ADDRESS
        UNABLE TO FORWARD
BC: 72201332999    *0755-04269-12-39