IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                      PLAINTIFF

VS.                                    NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY, S.I.                                                 DEFENDANT

<u>AMENDED COMPLAINT</u>

 Comes now, the Plaintiff, Rose Hill Cumberland Presbyterian Church, by and through its

attorney, John Ogles, and for its cause of action against the Defendant, Church Mutual Insurance

Company, S.I., would state and allege, as follows:

 1. That Plaintiff should be granted Declaratory Judgment against Defendant and

Defendant ordered to defend Plaintiff per the insurance policy against Service Restoration, Inc.

The insurance contract between the parties obligates Defendant to defend Plaintiff. The

insurance contract between the parties requires Defendant either pay Plaintiff's damages or

defend Plaintiff. Defendant has done neither. See Arkansas Rules of Civil Procedure Rule 57

and Ark. Code Ann. §16-111-101 through §16-111-111. That Defendant also did not inform the

Plaintiff of its acceptance or denial of the claim within 15 days after receipt of the proof of loss.

 2. That the Plaintiff Rose Hill Cumberland Presbyterian Church, hereinafter referred

to as "Rose Hill", is a not-for-profit corporation organized and existing under the laws of the

state of Arkansas, with its principal place address as 2133 Highway 83 North, Monticello,

Arkansas 71655.

 3. That the Defendant, Church Mutual Insurance Company, S.I., hereinafter referred

to as "Church Mutual", is a foreign insurance corporation authorized to transact business in the state of Arkansas, whose agent for service of process is identified as Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, AR 72201.

4.     That this action is contractual in the nature and involves insurance written by Church Mutual, covering buildings and improvements owned by Rose Hill Cumberland Presbyterian Church located in Drew County, Arkansas.

5.     That this Court has proper jurisdiction of the parties and subject matter of this action.

6.     That on July 23, 2022, the Plaintiff's church incurred water damage due to a water valve not closing in the men's bathroom.  The damage was substantial.  Water was several inches deep in the bathroom and out into the foyer.

7.     That, by the terms of the above referenced insurance policy, the church property, including the sanctuary was insured against loss resulting from the water damage which occurred on July 23, 2022.

8.     That, as a result of the water damage to the church, the Plaintiff has sustained damages in the amount of $257,626.40 for restoration repair as of March 3, 2023, (the amount to Service Restoration increases daily), $4,655.58 for repair to the septic system, $4,065.00 for damage to choir chairs, $1,000 for porta potty rental, and $606.10 for a plumber to reinstall the water fountain, sink and supply line, for a total of $267,953.08. See Exhibit A.  Defendant Church Mutual has only paid Plaintiff $128,672.53, leaving $139,280.55 owed to Plaintiff.

9.     That  Defendant has refused to pay the restoration company or provide Plaintiff a defense to the lien filed.  See Exhibits B and C.

10.    That the Plaintiff has notified Defendant of its claim under the policy, but the

Defendant has denied the claim and refused payment under the policy.

  11. That attached as Exhibit D is the declarations page of the insurance policy entered into between the parties.  The policy is 322 pages and will be provided if the Defendant requests it to be filed.

  WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Rose Hill Cumberland Presbyterian Church, prays for declaratory judgment against Defendant Church Mutual Insurance Company, S. I., judgment against the Defendant in the amount of $139,280.55 for damages incurred,  statutory attorney's fees, pre-judgment interest, 12% penalty, and all other proper relief, including costs and attorney's fees.

        Respectfully submitted,


        John Ogles
        Arkansas Bar No. 89003
        Texas Bar No. 00797922
        OGLES LAW FIRM, P.A.
        200 S. Jeff Davis
        P.O. Box 891
        Jacksonville, AR 72078
        (501) 982-8339
        jogles@aol.com

## Contractors Notice of Intention
## To File Claim of Lien
(This is not a Mechanic's Lien. It is a notice required by state law.)

Date: December 13, 2022

| To Owner or Reputed Owner: | From Lien Claimant: |
|---|---|
| Name: Rosehill Cumberland Church | Name: Service Restoration, Inc. |
| Address: 2133 Highway 83 North<br>Monticello, AR 71655 | Address: 300 W. 83rd Street<br>Bloomington, MN 55420<br><br>Phone: 612-223-6160 |

**Please take notice that the undersign lien claimant intends to file a Mechanic's Lien against your property if payment is not made for moneys owed as follows:**

**Project Name:** Rosehill Water Mitigation and Mold Removal Project

**Property Subject to Lien:** 2133 Highway 83 North, Monticello, AR 71655

**General description of construction services furnished by Lien Claimant:**

Labor and materials for water mitigation work and mold removal.

**Amount Due:** Through **12/13/2022** is **$232,215.09**. Unpaid invoice(s) attorney fees and court cost will be requested.

**Name and address of Prime contractor or subcontractor with whom the undersigned entered into a contract order with:**
Rosehill Cumberland Church Contact Jacob Hayes
2133 Highway 83 North
Monticello, AR 71655

The above- described work was provide to your property, at your instance, by the Claimant. If payment is not made within ten days (10) of receipt of this demand, Claimant intends to file a Mechanics Lien, without further notice. If you have any questions or wish to make payment arrangements, please contact Service Restoration, Inc. immediately.

Authorized agent for Service Restoration, Inc.

EXHIBIT ___A___

*Service Restoration, Inc.*
300 W. 83rd Street
Bloomington, MN 55420
612-223-6160

December 13, 2022

Rosehill Cumberland Church
2133 Highway 83 North
Monticello, AR 71655

Dear Rosehill Cumberland Church :

Service Restoration, Inc. has begun the MECHANIC'S LIEN process for the labor and
material provided to 2133 Highway 83 North, Monticello, AR 71655 .

We have enclosed a statement for your review. This notice states if payment is not made
within ten days (10) of receipt of this demand, Claimant intends to file a Mechanic's
Lien, without further notice. If you have any questions or wish to make payment
arrangements, please contact Service Restoration, Inc.

A Mechanic's Lien on your property has multiple negative consequences against you as a
property owner. A lien on your property will make it difficult to sell or refinance your
home. In addition, a lien against your property can lead to a foreclosure lawsuit and
possible loss of your property.

If you do have questions about the notice you should call your contractor or project
manager.

Thank you,

Authorized Agent for Service Restoration, Inc.

EXHIBIT ___ B ___

Main: (800) 554-2642, Option 4, Ext. 7166
Fax: 715-539-4651

www.churchmutual.com I www.cmregent.com I
www.cmselect.com

Protect your people and property with safety tips, educational
webinars and more on our blog.
Subscribe today to get the newest articles sent right to your
inbox!

This email message is confidential, intended only for the named recipient(s)
above, and may contain information that is privileged, attorney work product, or
exempt from disclosure under applicable law. If you have received this message
in error or are not the named recipient(s), please notify me immediately by
responding to this email and then delete this email message from your computer
(inbox and sent box). Thank you.

Church Mutual Insurance Company, S.I. (a stock insurer) is a stock insurer whose
policyholders are members of the parent mutual holding company formed on
1/1/20. S.I. = a stock insurer.

---

**From:** JOHN OGLES <jogles@aol.com>
**Sent:** Tuesday, February 7, 2023 2:19 PM
**To:** Hickey, Bambi <bhickey@churchmutual.com>
**Cc:** Richmond, David <drichmond@churchmutual.com>;
Claims - General <claims@churchmutual.com>
**Subject:** Re: RHCP lien

CAUTION This email originated from outside of the organization. Do
not click links or open attachments unless you recognize the sender and are
expecting the email. If you are in doubt, verify with the sender.

My clients are having a board meeting tonight to decide
what to do as far as hiring an attorney. Under the insurance
policy you are to defend them against the lien and hire them
an attorney. When will someone contact me to discuss?

John Ogles
Ogles Law Firm. P.A.
501.982.8339 ph
501.985.1403
200 South Jeff Davis
P.O. Box 891
Jacksonville, AR 72076
Licensed in Ar, Tx, Federal Courts, U.S. Tax and Supreme
Court.

EXHIBIT ___C___

On Feb 1, 2023, at 12:14 PM, Hickey, Bambi
<bhickey@churchmutual.com> wrote:

Hey David;

Please reach out to Mr. Ogles to address the lien.

Thank you,

*My goal is to ensure you are delighted with the service
you have received.  Please share any comments or
concerns you have regarding your Claims experience with
my Supervisor, David Richmond
Drichmond@churchmutual.com or 715.804-7187.*

Bambi L. Hickey
Commercial Property Claims Adjuster
Church Mutual Insurance Company, S.I.
Office: (715) 804-7166
Main:  (800) 554-2642, Option 4, Ext. 7166
Fax: 715-539-4651

www.churchmutual.com I www.cmregent.com I
www.cmselect.com

Protect your people and property with safety tios, educational
webinars and more on our blog.
Subscribe today to get the newest articles sent right to your
inbox!

This email message is confidential, intended only for the named recipient(s)
above, and may contain information that is privileged, attorney work product, or
exempt from disclosure under applicable law. If you have received this message
in error or are not the named recipient(s), please notify me immediately by
responding to this email and then delete this email message from your
computer (inbox and sent box). Thank you.

Church Mutual Insurance Company, S.I. (a stock insurer) is a stock insurer
whose policyholders are members of the parent mutual holding company
formed on 1/1/20.  S.I. = a stock insurer.

**From:** Johnson Ogles <jogles@aol.com>
**Sent:** Wednesday, February 1, 2023 9:25 AM
**To:** Hickey, Bambi <bhickey@churchmutual.com>
**Cc:** Claims - General <claims@churchmutual.com>
**Subject:** Fwd: RHCP lien

CAUTION This email originated from outside of the organization.
Do not click links or open attachments unless you rec gnize the sender
and are expecting the email. If you are in doubt, verify with the sender.

When is this lien going to be handled by your insurance company.
Under the policy you are to hire my clients an attorney and defend
them.

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis Jacksonville ,Ark 72076
ph. 501.982.8339  fax 501.985.1403
Licensed in Ark, Texas, U.S. Tax Court and Supreme Court





# CHURCH MUTUAL INSURANCE COMPANY, S.I.

3000 Schuster Lane
Merrill, WI 54452

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 0094309 25-368984          **PREVIOUS POLICY NUMBER:** 0094309 25-209561

| COMPANY NAME | 18767 | PRODUCER NAME | 11-068 |
|---|---|---|---|
| Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>Merrill, WI 54452<br>(800) 554-2642 | | RAYMOND E. RAPER<br>CHURCH MUTUAL INS CO<br>3000 SCHUSTER LN<br>MERRILL, WI 54452 | |

**NAMED INSURED:** ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH

**MAILING ADDRESS:** 122 E Shelton Ave
Monticello, AR 71655-4938

**POLICY PERIOD:  FROM**    05/31/2022    **TO**   05/31/2023
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| BUSINESS DESCRIPTION |
|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM |
|---|---|
| COMMERCIAL CRIME COVERAGE PART | $54.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $461.00 |
| MANAGEMENT PROTECTION LIABILITY COVERAGE PART | $109.00 |
| COMMERCIAL PROPERTY COVERAGE PART | $6,304.00 |
| TERRORISM - CERTIFIED ACTS (GENERAL LIABILITY) | $2.00 |
| TERRORISM - CERTIFIED ACTS (PROPERTY) | $18.00 |
| **TOTAL:** | $6,948.00 |

EXHIBIT ___D___

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services
Office, Inc. with its permission.