# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:23-cv-335-LPR |
| vs. | ) ) ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MEMORANDUM TO COURT

COMES NOW Defendant Church Mutual Insurance Company, S.I., by and through the undersigned counsel, and hereby submits the following Memorandum to the Court regarding Plaintiff's Third Motion to Compel:

1. Plaintiff has requested all documentation related to its Insurance Policy whether related to its claims or not. Defendant has objected to providing a very small portion of its proprietary and confidential information related to the administration of the policy. Notwithstanding this objection and the inability of the plaintiff to set forth any reason why the redacted information as described is capable of leading to the discovery of admissible evidence, Defendant has provided Plaintiff the unredacted 24 pages of information under separate cover.

2. Specifically, unredacted pages **CM00818, CM00819, CM00820, CM00821, CM00827, CM00828, CM00843, CM00848, CM00853, CM00855, CM00859, CM00860, CM00868, CM00869, CM00870, CM00871, CM00872, CM00875, CM00881, CM00882, CM00897, CM00902, and CM00930** have been provided.

#31137413 v1

3.      Defendant hopes that this will finally end this discovery dispute and the case can move forward toward resolution.

Wherefore, Defendant prays that this court deny Plaintiff's Third Motion to Compel and for Sanctions as moot and for such other relief this Court deems just and proper.

Respectfully Submitted,

**WATTERS WOLF BUB & HANSMANN, LLC**

*/s/ Timothy J. Wolf*
Timothy J. Wolf, #2009230 (AR)
John F. Cooney, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
jfcooney@wwbhlaw.com
*Attorney for Defendant Church Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned certified that a true and correct copy of the foregoing was via electronic mail this 22nd day of February 2024, upon the following:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
Jacksonville, AR 72078
jogles@aol.com

*Attorney for Plaintiff*

*/s/ Timothy J. Wolf*

#31137413 v1