**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSE HILL CUMBERLAND**
**PRESBYTERIAN CHURCH**                                                                 **PLAINTIFF**

**VS.**                                          **NO. 4:23-CV-00335 LPR**

**CHURCH MUTUAL**
**INSURANCE COMPANY SI**                                                                **DEFENDANT**

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACT

Comes the Plaintiff, Rose Hill Cumberland Presbyterian Church, and for its statement of undisputed fact, states:

1. Defendant sold Plaintiff a policy of insurance from May 31, 2022 to May 31, 2023 that covered Plaintiff for water damage.

2. Defendant's insurance policy also required Defendant to defend Plaintiff in covered losses.

3. Plaintiff's water damage was a covered loss.

4. Defendant accepted Plaintiff's claim.

5. Plaintiff submitted a written statement of loss and Defendant did not dispute it.

6. There are not any exclusions or special conditions that apply.

7. Section I of Defendant's liability coverage policy required Defendant to either pay or defend Plaintiff. See Exhibit J.

8. Plaintiff demanded Defendant defend it from litigation.

9. Defendant has refused to defend Plaintiff from the Service Restoration litigation.

10. Section IV of Defendant's liability coverage form required Defendant to defend Plaintiff. See Exhibit J.

11. Plaintiff complied with Section VI Conditions as to notice. See Exhibit J.

12. Defendant does not have a defense to not defending Plaintiff from the Service Restoration litigation.

13. Plaintiff submitted its proof of loss to Defendant and Defendant has waived any damages argument by not complying with Ark. Code Ann. § 23-79-126.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com