**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **ROSE HILL CUMBERLAND** | | |
| **PRESBYTERIAN CHURCH** | | **PLAINTIFF** |
| | | |
| **VS.** | **NO. 4:23-CV-00335 LPR** | |
| | | |
| **CHURCH MUTUAL** | | |
| **INSURANCE COMPANY SI** | | **DEFENDANT** |

### MOTION FOR JUDGMENT WITH BRIEF INCORPORATED

Comes the plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its motion for judgment with brief incorporated, states:

1. That Plaintiff filed its motion for summary judgment on March 18, 2024.

2. That Defendant has not responded.

3. The time to respond has passed pursuant to Local Rule 7.2 (b) which is mandatory.

4. That Plaintiff should be granted judgment pursuant to Local Rule 56.1 (d) and Fed. R. Civ. P. 56.

5. Plaintiff is entitled to a judgment as a matter of law pursuant to Fed. R. Civ. P. 56.

WHEREFORE, Plaintiff requests this Court grant its motion for judgment with brief incorporated, and for all other proper relief including attorney's fees.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com