# I IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | )<br>)<br>) |
| Plaintiff., | ) Case No. 4:23-cv-335-LPR<br>) |
| vs. | )<br>) |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | )<br>)<br>) |
| Defendant. | ) |

## CHURCH MUTUAL'S MOTION FOR LEAVE TO FILE THEIR REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT OUT OF TIME

COMES NOW Defendant Church Mutual Insurance Company, S.I., for its Motion for Leave to File its Reply to plaintiff's Motion for Summary Judgment out of time states:

1. Pursuant to Local Rule 7.2, Defendant's Reply to Plaintiff's Motion for Summary Judgment was to be filed 14 days after being served with Plaintiffs' Motion.

2. Due to an inadvertent oversight and mistaken calendaring the response date at 30 days (Missouri state court date) instead of 14 days, counsel for this Defendant missed the April 8, 2024 deadline for filing a Reply. Defendant had been fully engaged in preparation for a two-week trial which was scheduled to begin on April 16, 2024 in the Circuit Court of Pulaski County, Arkansas. That case settled on April 12, 2024.

3. As such and pursuant to Rule 6(b) of the Federal Rule of Civil Procedure, this Defendant seeks an Order from this Court granting it leave to file their Reply out of time.

4. Plaintiffs' counsel has filed a Motion for Judgment due to the missed deadline. (**DOC 52**). Consequently, it is presumed that Plaintiff will not consent to this request.

#31313221 v1

5. Defendants' Reply Memorandum to Plaintiff's Response to Defendant's Motion to Dismiss is attached hereto as **Exhibit A**. and response to Plaintiff's Statement of Uncontroverted Facts is attached as **Exhibit B**.

6. Plaintiff will not be prejudiced by the Court's granting of Defendant's Motion for Leave to File this Reply Out of Time.

WHEREFORE, Defendant Church Mutual Insurance Company, S.I moves this Court for leave to file their Reply to Reply to plaintiff's Motion for Summary Judgment out of time, and for any further relief that this Court deems just and proper under the circumstances.

Respectfully Submitted,

**WATTERS WOLF BUB & HANSMANN, LLC**

*/s/ Timothy J. Wolf*
Timothy J. Wolf, #2009230 (AR)
John F. Cooney, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
jfcooney@wwbhlaw.com

*Attorney for Defendant Church Mutual Insurance Company*

2
#31313221 v1

## CERTIFICATE OF SERVICE

The undersigned certified that a true and correct copy of the foregoing was via electronic mail this 16th day of April 2024, upon the following:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
Jacksonville, AR 72078
jogles@aol.com

*Attorney for Plaintiff*

/s/ *Timothy J. Wolf*