I IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | ) |
|---|---|
| Plaintiff, | ) Case No. 4:23-cv-335-LPR |
| vs. | ) |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) |
| Defendant. | ) |

## DECLARATION OF JOHN FRANCIS COONEY

I, **John Francis Cooney**, of St. Louis, Missouri, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the States of Missouri and Illinois and admitted pro hac vice in the United States District Court of the Eastern District of Arkansas. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am the attorney for the Defendant Church Mutual Insurance Company with the principal responsibility to respond to Motions and discovery in Case no. 4:23-cv-335-LPR.

3. On May 28, 2024, I completed the response set forth in the Judge's Order of May 21, 2024 including the Brief in Support of Defendants Motion to File its Reply to Plaintiff's Motion for Summary Judgment out of Time. (Exhibit A)

4. Although all documents were provided for filing Defendant's counsel's Legal Assistant neglected to attach the prepared Brief to the Motion for Leave to the filings timely made.

**EXHIBIT B**

5.      Defendant's counsel has requested Plaintiff's counsel consent to the filing of its Reply out of time, to which Plaintiff's counsel has withheld his consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  **May 29, 2024**

*[signature]*

**John F. Cooney**, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
jfcooney@wwbhlaw.com