# I IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:23-cv-335-LPR |
| vs. | ) ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) ) ) | |
| Defendant. | ) ) | |

## BRIEF IN SUPPORT OF CHURCH MUTUAL'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF ITS REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT OUT OF TIME

COMES NOW Defendant **Church Mutual Insurance Company, S.I**., for its Brief in Support of its Motion for Leave to File its Brief in Support Reply to Plaintiff's Motion for Summary Judgment out of time states:

## FACTS

On May 28, 2024, Defendant timely filed its Amended Motion for Leave to File its Reply to Plaintiff's Motion for Summary Judgment Out of Time, with the Exhibits A, B, K, and Declaration of John F. Cooney which was the attachment to the Amended Notice and Brief. **(Doc 59)** Unbeknownst to Counsel for Defendant, the Declaration which was an Exhibit to the Brief was filed but the Brief that was prepared and supposed to be filed with the documents in Paragraph 1 was not attached to the series of Documents **(Doc 59)** which were to be filed as a package. This error was not noticed until an E-Mail was received from the Court Denying Defendant's Motion for Leave due to the failure to file a brief. The undersigned Counsel upon

#31428657 v1

learning of this mistake immediately returned to the office and prepared this response. **See Declaration of John F. Cooney. Exhibit B.**

## ARGUMENT

Defendant seeks an Order from this Court pursuant to Rule 6(b) of the Federal Rule of Civil Procedure granting it leave to file their Brief (Exhibit A) out of time. This rule allows a party to make a motion to extend the time for a response if the party failed to act because of "excusable neglect."

"Excusable neglect means good faith and some reasonable basis for noncompliance with the rules." ***United States v. Puig***, **419 F.3d 700, 702 (8th Cir. 2005).** In reviewing "'excusable neglect" in the context of Rule 6(b) of the Federal Rule of Civil Procedure, the Eighth Circuit stated that "The determination of whether neglect is excusable is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission". ***Kurka v. Iowa City*, 628 F.3d. 953. 959 (8th Cir. 2010)**.

In determining whether excusable neglect exists, the Eighth Circuit has looked to the following "particularly important" factors.

(1) The possibility of prejudice to [the non-moving party],

(2) The length of delay and the potential impact on judicial proceedings,

(3) The reason for delay, including whether the delay was within the party's reasonable control, and

(4) Whether the [the moving party] acted in good faith.

**See *Cook v. Triple Transport, Inc*. 928 F. Supp 2d 1061, 1064 (E. D Arkansas 2013) and cases cited therein.**

In regard to the factors cited in *Cook* and the cases cited therein, Defendant states that immediately upon discovery of his Legal Assistant's inadvertent failure to attach the brief to the filing of May 28, 2024. **(Doc 59)**, Defendant's counsel filed his Motion for Leave with proposed Response to Plaintiff's Motion within hours of the mistake was discovered.

Defendant submits that a "reasonable explanation" for the missed deadline has been provided and that Plaintiff has not made a showing of prejudice by granting this request.

In conclusion and for the reasons set forth above, Defendant requests that this Court grant its Motion for Leave to file its Brief in Support of its Reply to Plaintiff's Motion for Summary Judgment out of time, and for any further relief that this Court deems just and proper under the circumstances.

Respectfully Submitted,

**WATTERS WOLF BUB & HANSMANN, LLC**

*/s/ John F. Cooney*
Timothy J. Wolf, #2009230 (AR)
John F. Cooney, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
jfcooney@wwbhlaw.com

*Attorney for Defendant Church Mutual Insurance Company*

3

#31428657 v1

## **CERTIFICATE OF SERVICE**

The undersigned certified that a true and correct copy of the foregoing was via electronic mail this 29th day of May 2024, upon the following:

**John Ogles**
Ogles Law Firm, P.A.
200 S. Jeff Davis
Jacksonville, AR 72078
jogles@aol.com

*Attorney for Plaintiff*

                                          */s/ John F. Cooney*

#31428657 v1