IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH     PLAINTIFF

VS.     NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY SI     DEFENDANT

**RESPONSE TO DEFENDANT'S MOTION FOR LEAVE
TO FILE ITS BRIEF IN SUPPORT OF ITS REPLY TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Comes the plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its response to Defendant's motion for leave to file its brief in support of its reply to Plaintiff's motion for summary judgment out of time, states:

1. That Defendant's motion should be denied. As this Court has ruled, Defendant does not take this case seriously or respect the Federal Rules of Civil Procedure or Local Rules.

2. That the lead attorney for Defendant, Timothy J. Wolf has been the lead counsel in 20 state cases in Arkansas. See Exhibit A. Mr. Wolf has been the lead counsel in 14 cases in the Eastern District of Arkansas. See Exhibit B.

3. That the definition of dismissal with prejudice is "[a]n adjudication on the merits, and final disposition, barring the right to bring or maintain an action on the same claim or cause. It is

res judicata as to every matter litigated." Black's Law Dictionary, Abridged Fifth Edition, West Publishing Company, 1983.

4. That Defendant's attorney Timothy J. Wolf's attempts to blame the error on a subordinate attorney and a secretary is shameful. Ultimately, Defendant's lead counsel has to take responsibility. Mr. Cooney only entered his appearance on January 8, 2024 (Doc. 30). Lead counsel for defendant has blown this case off and ignored the Federal Rules of Civil Procedure and Local Rules of the District. See Exhibits A and B, which clearly show he is active in litigation in the state of Arkansas and the Eastern District of Arkansas. This was not a mistake. It was an intentional omission because Defendant's attorneys did not take the Federal Rules of Civil Procedure and Local Rules seriously.

5. This error was caused by Defendant's counsel's intentional conduct.

WHEREFORE, Plaintiff requests this Court deny the Defendant's motion for leave to file its brief in support of its reply to Plaintiff's motion for summary judgment out of time, and for all other proper relief, including attorney's fees.

    Respectfully submitted,

    John Ogles
    Arkansas Bar No. 89003
    Texas Bar No. 00797922
    OGLES LAW FIRM, P.A.
    200 S. Jeff Davis
    P.O. Box 891
    Jacksonville, AR 72078
    (501) 982-8339
    jogles@aol.com

■ARCourts

Search by...

| Participants | timothy | j | wolf | Organization or Case Descripti 🔍 | ⫴ |

## 20 results

"-" represents no data available

| Name Contains | Party Type | Case ID Contains | Case Description Contains | C... |
|---|---|---|---|---|
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 02CV-22-256 | CLOVERDALE ASSEMBLY... | 1/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 04CV-22-2835 | WALMART INC V ACE A... | 1/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 17CV-22-105 | PAIGE-KIMBLEY V WAYN... | 3/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 22CV-23-40 | R.H. CUMBERLAND PRE... | 3/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 23CV-21-565 | DANNY COX & DANNY C... | 5/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 46CV-20-201 | BENTLEY HEALTHCARE ... | 6/ |
| WOLF, TIMOTHY J | PLAINTIFF/PETITIONER ATTORNEY | 47BCV-14-66 | AUTO CLUB FAMILY INS... | 5/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 58CV-21-140 | K STREET RENTALS, LLC... | 4/ |
| WOLF, TIMOTHY J | PLAINTIFF/PETITIONER ATTORNEY | 60CV-14-3914 | SENTRY INSURANCE CO... | 1C |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 60CV-19-5839 | FIRST BAPTIST CHURCH... | 8/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 60CV-20-783 | SET LOGISTICS, INC. V S... | 1/ |

*Watermark overlay: "this is not an official court record and should not be considered as such. For official court records, please contact the clerk of the court"*

EXHIBIT A

| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 60CV-22-337 | THEODORE J OETTEL V ... | 1/ |
|---|---|---|---|---|
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 60CV-22-4036 | MICHAEL FRENCH ET AL... | 6/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 60CV-22-7860 | MARISA MOORE V ARHC... | 1 |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 63CV-16-291 | CHARLES LESTER SLAD... | 4/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 63CV-21-1056 | CARRIE SPANN V JESSE ... | 1 |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 72CV-16-1438 | FABRIC GALLERY INC ET... | 7/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 72CV-16-2005 | JERRY POOLE ET UX V J... | 9/ |
| WOLF, TIMOTHY J | DEFENDANT/RESPONDENT ATTORNEY | 72CV-17-1492 | CHAD CLAYTON V LINDS... | 7/ |

Rows per page: 25 ▾   1–20 of 20   |< < > >|

This is not an official court record and should not be considered as such. For official court records, please contact the clerk of the court

# Select A Case

**Timothy J. Wolf is an attorney in 14 cases.**

| Case No. | Case Name | Filed | Closed |
|---|---|---|---|
| 2:13-cv-00017-DPM | Cameron Mutual Insurance Company v. Lewellen et al | filed 10/12/12 | closed 11/26/14 |
| 2:13-cv-00062-KGB | Burks et al v. Cameron Mutual Insurance Company et al | filed 05/16/13 | closed 08/27/13 |
| 2:20-cv-00056-LPR | Ricetec Inc v. Cook | filed 03/17/20 | closed 12/15/20 |
| 3:19-cv-00321-DPM | Treadway et al v. Bill's Super Foods Inc et al | filed 11/12/19 | closed 07/06/21 |
| 4:14-cv-00017-BRW | Assurance Company of America v. Entech Inc et al | filed 01/09/14 | closed 07/15/14 |
| 4:16-cv-00774-BRW | Weyand et al v. Auto Club Family Insurance Company | filed 10/21/16 | closed 11/29/18 |
| 4:16-cv-00896-BRW | Powers v. Auto Club Family Insurance Company | filed 12/13/16 | closed 08/10/18 |
| 4:18-cv-00572-KGB | Holley et al v. Bitesquad.com LLC | filed 08/21/18 | closed 01/17/23 |
| 4:19-cv-00806-JTK | Meyers et al v. Hughes Group LLC | filed 11/18/19 | closed 02/08/22 |
| 4:19-cv-00855-BSM | First Baptist Church v. Church Mutual Insurance Company | filed 12/02/19 | closed 01/21/22 |
| 4:21-cv-00374-LPR | K Street Rentals LLC v. Foremost Insurance Company | filed 05/07/21 | closed 12/06/21 |
| 4:21-cv-01164-KGB | Reliance Health Care Inc v. Travelers Property Casualty Company of America | filed 11/30/21 | closed 03/15/23 |

**EXHIBIT B**

| 4:23-cv-00335-LPR-JTK | Rose Hill Cumberland Presbyterian Church v. Church Mutual Insurance Company SI | filed 04/10/23 |
| 4:23-cv-00781-LPR | Service Restoration Inc v. Rose Hill Cumberland Presbyterian Church | filed 08/23/23 |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 05/30/2024 08:26:38 ||||
| PACER Login: | Johnson45 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: wolf First Name: timothy |
| Billable Pages: | 1 | Cost: | 0.10 |