IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSE HILL CUMBERLAND**
**PRESBYTERIAN CHURCH** **PLAINTIFF**

VS.     NO. 4:23-CV-00335 LPR

**CHURCH MUTUAL**
**INSURANCE COMPANY SI** **DEFENDANT**

### BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF ITS REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME

Comes the plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its brief in support of response to Defendant's motion for leave to file its brief in support of its reply to Plaintiff's motion for summary judgment out of time, states:

The time for filing a response is governed by local rules 56.1(d) and 7.2(b). A party is bound by its attorney's failure to respond to a motion for summary judgment. *US v. One Parcel of Real Property*, 27 F.3d 327, 329 n.1 (8th Circ. 1994). While a failure to respond does not automatically compel the Court to grant a motion for summary judgment; the Court should do so here because Rose Hill has demonstrated in its motion and brief that summary judgment in its favor is appropriate, and upon such showing summary judgment "*shall* be entered against the adverse party." Fed. R. Civ. P. 56 (e) (emphasis added).

1

Further, the Court has dismissed Defendant's motion with prejudice (Doc. 61, Doc. 62). That means it is over. That the definition of dismissal with prejudice is "[a]n adjudication on the merits, and final disposition, barring the right to bring or maintain an action on the same claim or cause. It is res judicata as to every matter litigated." Black's Law Dictionary, Abridged Fifth Edition, West Publishing Company, 1983. Perhaps next time the Defendant's lead counsel will take this case seriously and not ignore the Federal Rules of Civil Procedure and the Local Rules.

WHEREFORE, Plaintiff requests this Court deny the Defendant's motion for leave to file its brief in support of its reply to Plaintiff's motion for summary judgment out of time, and for all other proper relief, including attorney's fees.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com