# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:23-cv-335-LPR |
| vs. | ) ) ) |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) ) ) ) |
| Defendant. | ) |

### DEFENDANT CHURCH MUTUAL'S MOTION FOR CONTINUANCE AND TO AMEND CURRENT SCHEDULING ORDER

COMES NOW Defendant **Church Mutual Insurance Company, S.I**., and hereby moves for a continuance of the current trial date under 7.5 of the Local Rules of the United States District Court for the Eastern District of Arkansas, and for an Amendment of the Current Scheduling order for the reasons set forth below:

**A. Trial Date**

1.      On August 28, 2024, this Court entered its Second Amended Scheduling Order rescheduling the trial of this matter for the Week of December 17, 2024 and adjusting other pre-trial deadlines. (See Doc. 69)

2.      On February 20, 2024, Judge Sidney T. Pearson III of the Circuit Court of Crawford County, Missouri consolidated the cases of *Evalia Navarro v. Menard, Inc, MM Trucking LLC and James Robert Kramer* (Cause Number 20CF-CC00032) and *Betty Counts v. MM Trucking LLC, and Menard, Inc.* (Cause Number 21CF-CC00014). See attached Court Docket Sheets (Exhibits A & B)

#32164591 v1

3. On February 20, 2024, Judge Sidney T. Pearson III of the Circuit Court of Crawford County, Missouri set the consolidated cases of *Evalia Navarro v. Menard, Inc, MM Trucking LLC and James Robert Kramer* (Cause Number 20CF-CC00032) and *Betty Counts v. MM Trucking LLC, and Menard, Inc.* (Cause Number 21CF-CC00014) for a five (5) day jury trial beginning on December 16, 2024. See attached Court Docket Sheets (Exhibits A & B)

4. Timothy J. Wolf is counsel of record and lead trial counsel for Menard, Inc. in the consolidated cases and Church Mutual in the present case.

5. Defendant Church Mutual requests a continuance for the good cause reason that its lead trial counsel is scheduled to be in trial in another court which was scheduled before the current trial date was scheduled in this case.

6. As of the date of this Motion, the consolidated cases will be tried beginning on the day before this matter is scheduled to begin.

B. **Reopening of Discovery and allowing the filing of a Dispositive Motions**

7. There is a separate tangentially related matter pending before this court styled *Service Restoration, Inc. v. Rose Hill Cumberland Presbyterian Church*. See Case No 4:23-CV-00781-LPR.

8. The *Service Restoration* matter is currently set for trial before this court during the week of November 19, 2024.

9. Defendant Church Mutual states the resolution of certain facts arising from the trial of the breach of contract claims asserted in the *Service Restoration* matter will have a potentially dispositive effect on the legal issues presently alleged by Plaintiff in the present matter.

#32164591 v1

10. Specifically, the damages established and awarded in the *Service Restoration* matter, if any, will make the Plaintiff's damages claimed in this matter certain and capable of being examined in regard to whether those damages are covered under the Insurance Policy.

11. Plaintiff's Amended Complaint is seeking a Declaratory Judgment requesting that Defendant be ordered, under the terms of the Insurance Policy issued by Defendant to Plaintiff, to pay certain damages and the cost of defending itself in an action where it is alleged that Defendant Rose Hill failed to pay a vendor with which Plaintiff entered into a written contract.

13. Defendant Church Mutual states that a period of sixty (60) days following the resolution of the *Service Restoration* matter should be sufficient to clarify the issues which could lead to a summary disposition of this matter.

12. Defendant submits that a resolution of the *Service Restoration* matter will make certain the facts under which the terms and conditions of the Insurance Policy can be applied for a determination of coverage for each of the Plaintiff's claimed damages, the majority of which, if not all, relates to the *Service Restoration* lawsuit.

13. Defendant suggests that since this is an action for Declaratory Judgment that the matter be submitted on Cross Motions for Summary Judgment referring to the specific provisions of the Insurance Policy which may or may not provide coverage for Plaintiffs' claimed damages.

14. Defendant suggests that these motions could be completed within thirty (30) days of the completion of the post *Service Restoration* matter discovery.

WHEREFORE Defendant Church Mutual respectfully requests an Order continuing the December 17, 2024 trial date for good cause shown and for an amendment of the current scheduling order to reopen discovery for a limited time to allow for post *Service Restoration*

#32164591 v1

matter discovery and the Filing of Cross Motions for Summary Judgment based on the applicability of the Insurance Policy to the damages determined by the resolution of the *Service Restoration* matter and for such other orders as this court deems just and proper.

Respectfully Submitted,

**WATTERS WOLF BUB & HANSMANN, LLC**

*/s/ Timothy J. Wolf*
Timothy J. Wolf, #2009230 (AR)
John F. Cooney, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
jfcooney@wwbhlaw.com

*Attorney for Defendant Church Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned certified that a true and correct copy of the foregoing was via electronic mail this 4th day of October 2024, upon the following:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
Jacksonville, AR 72078
jogles@aol.com

*Attorney for Plaintiff*

*/s/ Timothy J. Wolf*

#32164591 v1