Click here to Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Instances

### 10/04/2024

**Subpoena Served**
Return of Service; Electronic Filing Certificate of Service.
  **Filed By:** AUGUSTUS T HAYES
  **On Behalf Of:** MENARD, INC.

### 09/30/2024

**Notice to Take Deposition**
Notice of Deposition with subpoena; Electronic Filing Certificate of Service.
  **Filed By:** TYLER JAMES FINNEGAN
  **On Behalf Of:** MENARD, INC.

### 09/20/2024

**Cert Serv Resp Req Prod Doc Th**
Certificate of Service of PLF Third Supplemental Response to MM Trucking and J. Kramers RFP; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**Cert Serv Resp Req Prod Doc Th**
Certificate of Service of PLF Sixth Supplemental Response to DEF Menard, Incs RFP; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

### 09/12/2024

**CRIFS/Unredacted Document**
CRIFS; Exh. H; Exh. J; Electronic Filing Certificate of Service in associated to Statement of Uncontroverted and Material Facts filed on 09/12/2024.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.
  **Associated Entries:** 09/12/2024 -
**Stmnt Uncon/Mater Facts Filed**
    +
**Stmnt Uncon/Mater Facts Filed**
unredacted sof; Electronic Filing Certificate of Service.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.
  **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document    +

**Note to Clerk eFiling**

  **Filed By:** TIMOTHY JOHN WOLF

**CRIFS/Unredacted Document**
CRIFS; Exh C; Exh D; Exh F; Exhibit B; Electronic Filing Certificate of Service in associated to Statement of Uncontroverted and Material Facts filed on 09/12/2024.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.
  **Associated Entries:** 09/12/2024 -
**Stmnt Uncon/Mater Facts Filed**
    +
**Stmnt Uncon/Mater Facts Filed**
Redacted statement of facts; Electronic Filing Certificate of Service.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.
  **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document    +

Exhibit A

**CRIFS/Unredacted Document**

CRIFS; Unredacted memorandum in support; unredacted statement of facts; Electronic Filing Certificate of Service in associated to Summary Judgment filed on 09/12/2024.
   **Filed By:** TIMOTHY JOHN WOLF
   **On Behalf Of:** MENARD, INC.
   **Associated Entries:** 09/12/2024 -

**Motion for Summary Judgment**
   +

**Stmnt Uncon/Mater Facts Filed**

Statement of Facts in support of Menard, Inc.s Motion for Summary Judgment - Redacted; Exhibit A; Exhibit B - Redacted; Exhibit C - Redacted; Exhibit D - Redacted; Exhibit E; Exhibit F - redacted; Exhibit G; Exhibit H - Redacted; Exhibit I; Exhibit J - Redacted; Electronic Filing Certificate of Service.
   **Filed By:** TIMOTHY JOHN WOLF
   **On Behalf Of:** MENARD, INC.

**Suggestions in Support**

Memorandum in Support of Menards Motion for Summary Judgment - Redacted; Electronic Filing Certificate of Service.
   **Filed By:** TIMOTHY JOHN WOLF
   **On Behalf Of:** MENARD, INC.

**Motion for Summary Judgment**

Defendant Menard, Inc.s Motion for Summary Judgment; Electronic Filing Certificate of Service.
   **Filed By:** TIMOTHY JOHN WOLF
   **On Behalf Of:** MENARD, INC.
   **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document    +

**08/22/2024**
   **Notice to Take Deposition**

Amended Notice to Take Deposition of Brad Sinclair; Electronic Filing Certificate of Service.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** EVELIA NAVARRO

**08/15/2024**
   **Withdrawal of Attorney Filed**

Withdrawal of Counsel; Electronic Filing Certificate of Service.
   **Filed By:** KENT WILLIAM ZSCHOCHE
   **On Behalf Of:** MM TRUCKING LLC

**07/17/2024**
   **Notice to Take Deposition**

Notice of Videotaped Deposition; Electronic Filing Certificate of Service.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** EVELIA NAVARRO

**06/24/2024**
   **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
   **Filed By:** KENT WILLIAM ZSCHOCHE
   **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

   **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
   **Filed By:** KENT WILLIAM ZSCHOCHE
   **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**06/13/2024**
   **Notice to Take Deposition**

Second Amended Notice of Deposition; Electronic Filing Certificate of Service.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** EVELIA NAVARRO

**04/25/2024**
   **Notice**

Amended Notice of Deposition Videotaped; Electronic Filing Certificate of Service.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** EVELIA NAVARRO

**02/20/2024**
   **Jury Trial Scheduled**

   **Scheduled For:** 12/20/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Jury Trial Scheduled**

    **Scheduled For:** 12/19/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Jury Trial Scheduled**

    **Scheduled For:** 12/18/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Jury Trial Scheduled**

Revised Event Information: New Judge Id: SIDNEY T PEARSON(30455);

    **Scheduled For:** 12/17/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Jury Trial Scheduled**

    **Associated Entries:** 02/20/2024 -

**Trial Setting Held**

    +

    **Scheduled For:** 12/16/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Sound Recording Log Sheet**

**Trial Setting Held**

Cause called. Petitioner appears by counsel, Mr. O'Grady. Respondent appears by Counsel, Mr. Knott and Mr. Hayes. Cause set for trial to jury on 16-20 December, 2024 at 8:30 AM. Motion to consolidate for trial sustained. /Judge Sidney T. Pearson. rp

    **Associated Entries:** 01/19/2024 -

**Hearing Continued/Rescheduled**

    +

    **Associated Entries:** 01/23/2024 - Trial Setting Scheduled

    **Associated Entries:** 02/20/2024 - Jury Trial Scheduled

    **Scheduled For:** 02/20/2024; 1:00 PM; SIDNEY T PEARSON III ; Crawford Circuit Division

**01/23/2024**

    **Trial Setting Scheduled**

    **Associated Entries:** 02/20/2024 -

**Trial Setting Held**

    +

    **Scheduled For:** 02/20/2024; 1:00 PM; SIDNEY T PEARSON III ; Crawford Circuit Division

**01/19/2024**

    **Hearing Continued/Rescheduled**

Cause called. Petitioner appears not. Respondent appears not. Cause passed to February 20, 2024 at 1:00 PM for trial setting. No counsel have submitted a list of available dates for trial setting. The only suggested date is unavailable. Counsel ordered to appear eith in person or by webex on February 20, 2024. /Judge Sidney T Pearson. rp

    **Associated Entries:** 12/28/2023 - Hearing Continued/Rescheduled   +

    **Associated Entries:** 12/28/2023 - Trial Setting Scheduled   +

    **Associated Entries:** 02/20/2024 -

**Trial Setting Held**

    +

    **Hearing Continued From:** 01/19/2024; 10:00 AM Trial Setting

**01/17/2024**

    **Correspondence Filed**

Correspondence to Court Regarding Trial Date; Enclosure; Electronic Filing Certificate of Service.

    **Filed By:** KEATON GARDNER KNOTT

    **On Behalf Of:** MENARD, INC.

**12/28/2023**

    **Trial Setting Scheduled**

    Trial Setting

    **Associated Entries:** 01/19/2024 -

**Hearing Continued/Rescheduled**

    +

    **Scheduled For:** 01/19/2024; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**Hearing Continued/Rescheduled**

Court being advised that PV has closed Courthouse on 12/28/2023 - cause passed to 01/02/24 at 10 AM. /s/Judge Sidney T Pearson III tjsm

 **Associated Entries:** 12/01/2023 - Trial Setting Scheduled  +

 **Associated Entries:** 01/19/2024 -

**Hearing Continued/Rescheduled**

 +

 **Hearing Continued From:** 01/02/2024; 10:00 AM Trial Setting

**12/01/2023**

 **Trial Setting Scheduled**

 Trial Setting REVISED Event Information: New EventDate: 01/02/2024;

  **Associated Entries:** 12/28/2023 - Hearing Continued/Rescheduled  +

  **Scheduled For:** 01/02/2024; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

 **Case Review Held**

 Cause called. Plaintiff appears not. Defendant appears by counsel, Ms. Atzert for M Trucking appears by Webex., Mr. Hayes for Menards and Mr. Knott for Menards appear via Webex. Cause passed to January 2, 2024 at 10:00 AM for trial setting. Counsel may submit available dates in lieu of appearance . /Judge Sidney T Pearson rp

  **Associated Entries:** 11/15/2023 - Case Review Scheduled  +

  **Scheduled For:** 12/01/2023; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**11/29/2023**

 **Notice of Hearing Filed**

 Notice to Appear for Hearing by Webex; Electronic Filing Certificate of Service. Emailed to Judge for Approval. rp

  **Filed By:** MATTHEW P O'GRADY

  **On Behalf Of:** EVELIA NAVARRO

 **Correspondence Sent**

 Emailed the Webex link to Augustus Hayes as per his request. jee

**11/28/2023**

 **Request Filed**

 Request to Appear for Hearing via Webex; Electronic Filing Certificate of Service.

  **Filed By:** AUGUSTUS T HAYES

  **On Behalf Of:** MENARD, INC.

 **Correspondence Sent**

 Emailed the Webex link to Megan Atzert and Keaton Knott per their requests. dw

**11/27/2023**

 **Correspondence Filed**

 Request to Appear for Hearing via Webex; Electronic Filing Certificate of Service.

  **Filed By:** MEGAN DIANNE ATZERT

  **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

 **Entry of Appearance Filed**

 Entry of Appearance; Electronic Filing Certificate of Service.

  **Filed By:** MEGAN DIANNE ATZERT

  **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

 **Correspondence Filed**

 Correspondence to Court; Electronic Filing Certificate of Service.

  **Filed By:** KEATON GARDNER KNOTT

  **On Behalf Of:** MENARD, INC.

**11/15/2023**

 **Judge/Clerk - Note**

 Senior Judge Pearson accepts assignment. Cause placed on the Court's docket on 1 December 2023 at 10:00 AM for case review, setting any pending motions and for trial setting. Counsel may attend by Webex if desired. /s/Judge Pearson rp

  **Filed By:** SIDNEY T PEARSON III

 **Case Review Scheduled**

 Case review, setting any pending motions and for trial setting.

  **Associated Entries:** 12/01/2023 -

 **Case Review Held**

  +

  **Scheduled For:** 12/01/2023; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**11/08/2023**

      Hearing/Trial Cancelled
          **Associated Entries:** 10/17/2023 - Case Review Scheduled   +
          **Scheduled For:** 11/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
      **Judge Assigned**
      **Order to Transfer**
      Consent Order Transferring to Hon. Judge Sidney Pearson. Emailed to Judge Pearson. dw
          **Filed By:** MICHAEL JOSEPH RANDAZZO
      **Proposed Order Filed**
      Proposed Consent Order; Electronic Filing Certificate of Service. Emailed to Judge Randazzo. dw
          **Filed By:** KENT WILLIAM ZSCHOCHE
          **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**10/17/2023**
      **Case Review Scheduled**
      Case review
          **Associated Entries:** 11/08/2023 - Hearing/Trial Cancelled
          **Scheduled For:** 11/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
      **Hearing Held**
      Cause called. Petitioner appears not but by counsel O'Grady. Respondent appears not but by counsel, Hayes for Menards. Cause passed to November 21, 2023 at 9:00 AM for case review. /Judge Michael Randazzo rp
          **Associated Entries:** 12/14/2022 - Pre-trial Conference Scheduled
          **Scheduled For:** 10/17/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**09/15/2023**
      **Certification Filed**
      Certificate of Deposition, filed. rp

**08/10/2023**
      **Certificate of Service**
      Certificate of Service; Electronic Filing Certificate of Service.
          **Filed By:** MATTHEW P O'GRADY
          **On Behalf Of:** EVELIA NAVARRO
      **Certificate of Service**
      Certificate of Service; Electronic Filing Certificate of Service.
          **Filed By:** MATTHEW P O'GRADY
          **On Behalf Of:** EVELIA NAVARRO

**07/31/2023**
      **Notice to Take Deposition**
      Notice of Deposition of Witness; Subpoena to Witness; Electronic Filing Certificate of Service.
          **Filed By:** MATTHEW P O'GRADY
          **On Behalf Of:** EVELIA NAVARRO

**07/26/2023**
      **Notice to Take Deposition**
      Notice of Deposition of Witness; Electronic Filing Certificate of Service.
          **Filed By:** MATTHEW P O'GRADY
          **On Behalf Of:** EVELIA NAVARRO
      **Subpoena Requested**
      Subpoena for Witness Jeremy Sanders; Electronic Filing Certificate of Service.
          **Filed By:** MATTHEW P O'GRADY
          **On Behalf Of:** EVELIA NAVARRO

**07/25/2023**
      **Hearing/Trial Cancelled**

          **Scheduled For:** 12/08/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; 1; Crawford Circuit Division
      **Hearing/Trial Cancelled**

          **Scheduled For:** 12/07/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; 1; Crawford Circuit Division
      **Notice**
      Notice of Cancellation of Deposition of Whitney Morgan; Electronic Filing Certificate of Service.
          **Filed By:** TIMOTHY JOHN WOLF
          **On Behalf Of:** MENARD, INC.

**07/24/2023**

**Hearing/Trial Cancelled**
July 24, 2023 cause called in chambers. After communication with all counsel, the Motion to continue is sustained. Cause removed from trial on December 6-8 2023. Cause to remain on the docket for October 17, 2023 at 9:00am for resetting. So ordered!/Judge Michael J Randazzo rp
    **Associated Entries:** 12/14/2022 - Jury Trial Scheduled
    **Scheduled For:** 12/06/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; 1; Crawford Circuit Division

**07/17/2023**
    **Motion for Continuance**
    Agreed Motion to Continue; Rule 65.03 Affidavit; Electronic Filing Certificate of Service.
        **Filed By:** AUGUSTUS T HAYES

**06/21/2023**
    **Order**
    Protection Order
        **Filed By:** MICHAEL JOSEPH RANDAZZO
    **Motion Hearing Held**
    Cause called. Plainitff appears not but by counsel, Mr. O'Grady. Defendant appears not but by counsel, Mr. Finnegan in for Mendard Mr. Knott by Webex. Motion for Protective order heard - order signed. /Judge Michael Randazzo. rp
        **Associated Entries:** 04/04/2023 - Motion Hearing Scheduled
        **Scheduled For:** 06/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**06/20/2023**
    **Order**
    Order to Sound Record for June 2023
        **Filed By:** MICHAEL JOSEPH RANDAZZO
    **Suggestions in Support**
    Menard, Inc.s Memorandum of Further Support for Protective Order regarding Deposition of Menard, Inc.; Exh. G James Kramers Response to Menards First Request for Admissions; Exh. H, MM Truckings Response to Menards First Request for Admissions; Electronic Filing Certificate of Service.
        **Filed By:** TYLER JAMES FINNEGAN
        **On Behalf Of:** MENARD, INC.

**06/05/2023**
    **Notice to Take Deposition**
    Notice to take Deposition of Kip Magruder, P.E. with Attachment A; Electronic Filing Certificate of Service.
        **Filed By:** TYLER JAMES FINNEGAN
        **On Behalf Of:** MENARD, INC.
    **Notice to Take Deposition**
    Notice to take Deposition of Whitney Morgan 7-27-23 with Attachment A; Electronic Filing Certificate of Service.
        **Filed By:** TYLER JAMES FINNEGAN
    **Notice to Take Deposition**
    Notice to Take Deposition of Dr. Scott Dale Gilbert - 7-13-23 with Attachment A; Electronic Filing Certificate of Service.
        **Filed By:** TYLER JAMES FINNEGAN

**05/24/2023**
    **Cert Serv Resp Req Admission**
    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** KENT WILLIAM ZSCHOCHE
        **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**05/17/2023**
    **Cert Serv Resp Req Prod Doc Th**
    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO
    **Cert Serv Resp Req Prod Doc Th**
    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**05/09/2023**
    **Cert Serv of Req for Admission**
    Menards Certificate of Service of First Requests for Admissions directed to James Kramer and MM Trucking; Electronic Filing Certificate of Service.
        **Filed By:** AUGUSTUS T HAYES
        **On Behalf Of:** MENARD, INC.

**04/26/2023**

**Notice to Take Deposition**
Second Amended Notice of Deposition - Menards Corporate Rep; Ex A - List of Topics; Electronic Filing Certificate of Service.
 **Filed By:** MATTHEW P O'GRADY
 **On Behalf Of:** EVELIA NAVARRO

**04/04/2023**
 **Motion Hearing Scheduled**

  Associated Entries: 06/21/2023 -
 **Motion Hearing Held**
  +
  Scheduled For: 06/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
 **Notice of Hearing Filed**
 Notice of Hearing on Motion for Protective Order - 6-21-23; Electronic Filing Certificate of Service.
  **Filed By:** AUGUSTUS T HAYES
  **On Behalf Of:** MENARD, INC.

**03/17/2023**
 **Motion to Quash**
 Mot. for Protective Order; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Electronic Filing Certificate of Service.
  **Filed By:** AUGUSTUS T HAYES
  **On Behalf Of:** MENARD, INC.

**03/13/2023**
 **Certification Filed**
 Certificate of Deposition

**02/02/2023**
 **Notice to Take Deposition**
 Amended Notice of Deposition - Corporate Representative of Menard, Inc.; Ex A - List of Topics; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO
 **Notice to Take Deposition**
 Notice of Deposition - Corporate Representative of Menard, Inc.; Ex A - List of Topics; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**01/26/2023**
 **Notice to Take Deposition**
 Notice to Take Deposition; Electronic Filing Certificate of Service.
  **Filed By:** KENT WILLIAM ZSCHOCHE
  **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**01/23/2023**
 **Certification Filed**
 Certificates of Deposition

**12/14/2022**
 **Jury Trial Scheduled**

  Associated Entries: 07/24/2023 -
 **Hearing/Trial Cancelled**
  +
  Scheduled For: 12/06/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; 1; Crawford Circuit Division
 **Pre-trial Conference Scheduled**

  Associated Entries: 10/17/2023 -
 **Hearing Held**
  +
  Scheduled For: 10/17/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**12/13/2022**
 **Trial Setting Held**
 Cause called. Plaintiff appears with counsel. Defendant appears with counsel. Cause passed to Oct. 17, 2023 at 9:00 a.m. for pre-trial. Cause set for trial to jury on Dec. 6-8, 2023 at 9:00 a.m. #1. Pre-trial to commence at 8:30 a.m. /Judge Michael Randazzo dw
  **Associated Entries:** 11/10/2022 - Case Review Scheduled
  **Scheduled For:** 12/13/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**11/10/2022**
    **Case Review Scheduled**

    **Associated Entries:** 12/13/2022 -

    **Trial Setting Held**

    **+**

    **Scheduled For:** 12/13/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

    **Hearing/Trial Cancelled**

    **Associated Entries:** 11/01/2022 - Dismissal Hearing Scheduled
    **Scheduled For:** 12/13/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

    **Order**
    Order Removing From Dismissal Docket filed. dw
        **Filed By:** MICHAEL JOSEPH RANDAZZO

    **Motion Filed**
    Motion to Remove from Dismissal Docket; Proposed Order; Electronic Filing Certificate of Service. Emailed the Motion and the proposed Order to Judge Randazzo. dw
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**11/01/2022**
    **Dismissal Hearing Scheduled**

    **Associated Entries:** 11/10/2022 - Hearing/Trial Cancelled
    **Scheduled For:** 12/13/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

    **Judge/Clerk - Note**
    This case appeared on the 1st Quarter Pending Civil Cases report. Per Court Operating Rule 17 "Time Standards for Case Processing" and upon review by Judge Randazzo, this case is being placed on the docket for dismissal hearing on December 13, 2022 at 9:00 a.m. dw

**10/19/2022**
    **Notice to Take Deposition**
    Fourth Amended Notice of Deposition - Matt Murray; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

    **Notice to Take Deposition**
    Third Amended Notice of Second Deposition - James Kramer; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

**09/26/2022**
    **Entry of Appearance Filed**
    Entry of Appearance; Electronic Filing Certificate of Service.
        **Filed By:** ADDISON THIEL
        **On Behalf Of:** MENARD, INC.

**09/22/2022**
    **Withdrawal of Attorney Filed**
    Substitution of Counsel Timothy J. Wolf, Tyler J. Finnegan, Augustus T. Hayes; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**08/15/2022**
    **Notice to Take Deposition**
    Plaintiffs Third Amended Notice of Deposition of Matt Murray; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

    **Notice to Take Deposition**
    Plaintiffs Second Amended Notice of Second Deposition of James Kramer; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

**04/22/2022**
    **Subpoena Served**
    Affidavit of Service of Subpoena on Thompson Inc.; Electronic Filing Certificate of Service. RB was served April 8, 2022 at 11:11 am by special process server, Gary Musholt. jee
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**04/07/2022**

**Notice of Service**

Affidavit of Service - Rice Transport Custodian of Records; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**04/01/2022**

    **Affidavit Filed**

    Affidavit of Service - Hogan Transports; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**03/30/2022**

    **Notice to Take Deposition**

    Notice of Deposition - Thompson, Inc.; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

    **Notice to Take Deposition**

    Notice of Deposition - Hogan Transports, Inc.; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

    **Notice to Take Deposition**

    Notice of Deposition - Rice Transport; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

**03/23/2022**

    **Notice to Take Deposition**

    Second Amended Notice of Deposition - Matt Murray; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

    **Notice to Take Deposition**

    Amended Notice of Second Deposition - James Kramer; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**03/18/2022**

    **Notice**

    Notice of Cancellation for Custodian of Records for Cricket Communications, Inc.; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**02/24/2022**

    **Cert Serv Resp Req Prod Doc Th**

    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

    **Notice to Take Deposition**

    Amended Notice of Deposition - Matt Murray; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

    **Notice to Take Deposition**

    Notice of Second Deposition - James Kramer; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

**02/22/2022**

    **Cert Serv Req Prod Docs Things**

    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**02/21/2022**

    **Notice of Service**

    Notice of Return of Service for Cricket Wireless, LLC via Registered Agent CT Corporation System; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**02/15/2022**

    **Notice to Take Deposition**

    Notice to Take Deposition Duces Tecum for Custodian of Records for Cricket Communications, Inc.; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**Order**
Consent Order
**Filed By:** MICHAEL JOSEPH RANDAZZO
**Hearing Held**
Cause called. Plaintiff appears not. Defendant appears not. Consent Order signed and filed. /Judge Michael Randazzo jee
- **Associated Entries:** 01/17/2022 - Hearing Continued/Rescheduled    +
- **Associated Entries:** 01/17/2022 - Motion Hearing Scheduled
- **Scheduled For:** 02/15/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**02/14/2022**
**Notice**
Notice of Cancellation of Motion Hearing; Electronic Filing Certificate of Service.
**Filed By:** KENT WILLIAM ZSCHOCHE
**On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER
**Proposed Order Filed**
Consent Order; Electronic Filing Certificate of Service. Given to Judge in open court. rp
**Filed By:** KENT WILLIAM ZSCHOCHE

**01/18/2022**
**Cert Serv Req Prod Docs Things**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** EVELIA NAVARRO

**01/17/2022**
**Motion Hearing Scheduled**

- **Associated Entries:** 02/15/2022 -
**Hearing Held**
   +
- **Scheduled For:** 02/15/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
**Hearing Continued/Rescheduled**
Cause called in chambers. Due to the medical unavailability of Judge Randazzo, cause continued to February 15, 2022 at 9:00am for the same purpose as today's hearing. /Judge Michael J. Randazzo. krh
- **Associated Entries:** 12/06/2021 - Motion Hearing Scheduled
- **Associated Entries:** 02/15/2022 -
**Hearing Held**
   +
- **Hearing Continued From:** 01/19/2022; 9:00 AM Motion Hearing

**12/22/2021**
**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** EVELIA NAVARRO

**12/20/2021**
**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** EVELIA NAVARRO

**12/15/2021**
**Correspondence Filed**
Letter to Honorable Michael Joseph Randazzo; Electronic Filing Certificate of Service.
**Filed By:** JOHN LAVELLE MULLEN
**On Behalf Of:** MENARD, INC.

**12/06/2021**
**Motion Hearing Scheduled**

- **Associated Entries:** 01/17/2022 - Hearing Continued/Rescheduled    +
- **Scheduled For:** 01/19/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**12/03/2021**
**Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** EVELIA NAVARRO

**11/22/2021**
- **Certificate of Mailing**
  Certificate of Deposition, filed. rp

**11/04/2021**
- **Motion Filed**
  Defendant James Robert Kramers Motion for Protective Order; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.
  **Filed By:** JAMES ALBERT WILKE
  **On Behalf Of:** JAMES ROBERT KRAMER

**10/21/2021**
- **Notice to Take Deposition**
  Notice of Deposition - Matt Murray; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**09/13/2021**
- **Notice to Take Deposition**
  Notice of Deposition - Corporate Representative of MM Trucking, LLC; Exhibit A - List of Topics; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**09/02/2021**
- **Certificate of Service**
  Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**08/18/2021**
- **Order**
  Order Granting Additional Time filed. dw
  **Filed By:** MICHAEL JOSEPH RANDAZZO

**08/17/2021**
- **Motion for Extension of Time**
  Plaintiffs Consent Motion for Additional Time to Respond to Defendant Menard Inc.s First Interrogatories and First Requests for Production of Documents Direct; Proposed Order; Electronic Filing Certificate of Service. Emailed to Judge Randazzo. dw
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**08/13/2021**
- **Entry of Appearance Filed**
  Entry of Appearance of Augustus T. Hayes; Electronic Filing Certificate of Service.
  **Filed By:** AUGUSTUS T HAYES
  **On Behalf Of:** MENARD, INC.

**08/10/2021**
- **Notice to Take Deposition**
  Third Amended Notice of Deposition - James Kramer; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**07/21/2021**
- **Order Granting Ext of Time**

  **Filed By:** MICHAEL JOSEPH RANDAZZO

**07/20/2021**
- **Motion for Extension of Time**
  Plaintiffs Motion for Additional Time to Respond to Defendant Menard Inc.s First Interrogatories and First Requests for Production of Documents Directed to PI; Proposed Order; Electronic Filing Certificate of Service. Emailed proposed Order to Judge Randazzo. dw
  **Filed By:** MATTHEW P O'GRADY
  **On Behalf Of:** EVELIA NAVARRO

**07/09/2021**
- **Certificate of Service**
  Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** KENT WILLIAM ZSCHOCHE
  **On Behalf Of:** JAMES ROBERT KRAMER

**06/18/2021**

**Memorandum Filed**

Memorandum Subpoena – Electronic Filing Certificate of Service. This subpoena has been e-mailed to all attorneys of record.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**06/09/2021**

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** JAMES ROBERT KRAMER

**Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** JAMES ROBERT KRAMER

**05/26/2021**

**Notice to Take Deposition**

Second Amended Notice of Deposition - James Kramer; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**05/19/2021**

**Motion to Consolidate**

Motion to Consolidate for Discovery; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**05/17/2021**

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** JOHN LAVELLE MULLEN
    **On Behalf Of:** MENARD, INC.

**04/21/2021**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** JAMES ROBERT KRAMER

**04/20/2021**

**Case Review Held**

Cause called. Plaintiff appears not. Defendant appears not. Cause passed generally while discovery being conducted. /Judge Michael Randazzo jee
    **Associated Entries:** 03/05/2021 - Motion Hearing Scheduled
    **Scheduled For:** 04/20/2021; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**04/19/2021**

**Memorandum Filed**

Memorandum to Court of Cancellation of Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**04/16/2021**

**Answer Filed**

Answer of Defendant Menard, Inc. to Plaintiffs First Amended Petition; Electronic Filing Certificate of Service.
    **Filed By:** JOHN LAVELLE MULLEN
    **On Behalf Of:** MENARD, INC.

**04/13/2021**

**Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**04/12/2021**

**Notice to Take Deposition**
Amended Notice of Deposition - James Kramer; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**04/08/2021**
    **Entry of Appearance Filed**
    Entry of Appearance Tyler J Finnegan; Electronic Filing Certificate of Service.
        **Filed By:** TYLER JAMES FINNEGAN
        **On Behalf Of:** MENARD, INC.
    **Entry of Appearance Filed**
    Entry of Appearance Timothy J Wolf; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.
    **Notice to Take Deposition**
    Notice of Deposition - James Kramer; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**03/16/2021**
    **Answer Filed**
    Defendants MM Trucking, LLCs and James Robert Kramers Answer to Plaintiffs First Amended Petition for Wrongful Death; Electronic Filing Certificate of Service.
        **Filed By:** JAMES ALBERT WILKE
        **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**03/09/2021**
    **Amended Motion/Petition Filed**
    First Amended Petition
    **Order**
    Cause called in chambers on 03/09.2021. Plaintiff's motion to file First Amended Petition is sustained by consent of all parties. /Judge Michael Randazzo. rp
        **Filed By:** MICHAEL JOSEPH RANDAZZO

**03/08/2021**
    **Memorandum Filed**
    Memorandum to the Court; Exhibit 1 - Proposed Order; Electronic Filing Certificate of Service. E-mailed to Judge rp
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**03/05/2021**
    **Motion Hearing Scheduled**

        **Associated Entries:** 04/20/2021 -
    **Case Review Held**
        +
        **Scheduled For:** 04/20/2021; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
    **Notice of Hearing Filed**
    Notice of Hearing; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY

**03/03/2021**
    **Motion for Leave**
    Plaintiffs Motion for Leave to File First Amended Petition; Exhibit 1 - First Amended Petition; Electronic Filing Certificate of Service.
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**01/22/2021**
    **Judge/Clerk - Note**
    Cause called in chambers. Case dismissed as to the defendant Menard, Inc, without prejudice. /Judge Michael Randazzo dw
        **Filed By:** MICHAEL JOSEPH RANDAZZO

**01/21/2021**
    **Notice of Dismissal**
    Voluntary Dismissal Without Prejudice of Menard, Inc; Electronic Filing Certificate of Service. Emailed to Judge Randazzo. dw
        **Filed By:** MATTHEW P O'GRADY
        **On Behalf Of:** EVELIA NAVARRO

**12/31/2020**

| | |
|---|---|
| | **Judge Assigned** |
| | Honorable Michael Randazzo assigned this date |
| 12/09/2020 | |
| | **Order** |
| | Stipulated Protective Order filed. Certified copy of Stipulated Protective Order attached for counsel to supply to their clients. dw |
| | **Filed By:** KELLY WAYNE PARKER |
| 12/07/2020 | |
| | **Proposed Order Filed** |
| | Stipulated Protective Order; Electronic Filing Certificate of Service. Emailed to Judge Parker. dw |
| | **Filed By:** JOHN LAVELLE MULLEN |
| | **On Behalf Of:** MENARD, INC. |
| 12/02/2020 | |
| | **Motion to Strike** |
| | Motion to Strike; Electronic Filing Certificate of Service. |
| | **Filed By:** JOHN LAVELLE MULLEN |
| | **On Behalf Of:** MENARD, INC. |
| 11/19/2020 | |
| | **Certificate of Service** |
| | Certificate of Service; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW P O'GRADY |
| | **On Behalf Of:** EVELIA NAVARRO |
| 11/06/2020 | |
| | **Cert Serv Answers Interrog Fil** |
| | Certificate of Service; Electronic Filing Certificate of Service. |
| | **Filed By:** JOHN LAVELLE MULLEN |
| | **On Behalf Of:** MENARD, INC. |
| 10/23/2020 | |
| | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW MCKAIN CLIFFORD |
| | **On Behalf Of:** MENARD, INC. |
| | **Motion to Compel** |
| | Motion to Compel - Deft Menard Inc; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW P O'GRADY |
| | **On Behalf Of:** EVELIA NAVARRO |
| 09/14/2020 | |
| | **Certificate of Service** |
| | Certificate of Service; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW P O'GRADY |
| | **On Behalf Of:** EVELIA NAVARRO |
| 08/10/2020 | |
| | **Cert Serv of Interrog Filed** |
| | Certificate of Service of Interrogatories; Electronic Filing Certificate of Service. |
| | **Filed By:** KENT WILLIAM ZSCHOCHE |
| | **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER |
| 07/30/2020 | |
| | **Cert Serv Resp Req Prod Doc Th** |
| | Certificate of Service; Electronic Filing Certificate of Service. |
| | **Filed By:** STEPHEN ANTHONY WILKE |
| | **On Behalf Of:** MM TRUCKING LLC |
| 07/27/2020 | |
| | **Cert Serv Answers Interrog Fil** |
| | Certificate of Service; Electronic Filing Certificate of Service. |
| | **Filed By:** KENT WILLIAM ZSCHOCHE |
| | **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER |
| 07/16/2020 | |
| | **Answer Filed** |
| | Answer; Electronic Filing Certificate of Service. |
| | **Filed By:** JOHN LAVELLE MULLEN |
| | **On Behalf Of:** MENARD, INC. |
| 07/07/2020 | |

**Motion to Strike**
Motion to Strike; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER

**06/25/2020**
  **Corporation Served**
  Document ID - 20-SMCC-493; Served To - MENARD, INC.; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 16-JUN-20; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served (Sheriff's fees $30.00) jee

**05/29/2020**
  **Certificate of Service**
  Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING LLC

**05/28/2020**
  **Entry of Appearance Filed**
  Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER
  **Entry of Appearance Filed**
  Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER
  **Answer Filed**
  Defendant MM Trucking LLCs Answer to Plaintiffs Petition; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL E WILKE
    **On Behalf Of:** MM TRUCKING LLC, JAMES ROBERT KRAMER
  **Answer Filed**
  Defendant James Robert Kramers Answer to Plaintiffs Petition; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL E WILKE
  **Entry of Appearance Filed**
  Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL E WILKE

**05/27/2020**
  **Certificate of Service**
  Certificate of Service.
    **Filed By:** MATTHEW P O'GRADY
    **On Behalf Of:** EVELIA NAVARRO

**05/26/2020**
  **Summons Issued-Circuit**
  Document ID: 20-SMCC-495, for KRAMER, JAMES ROBERT. Summons ready for attorney to print and have served. dw
  **Summons Issued-Circuit**
  Document ID: 20-SMCC-494, for MM TRUCKING LLC.
  **Summons Issued-Circuit**
  Document ID: 20-SMCC-493, for MENARD, INC..
  **Filing Info Sheet eFiling**

    **Filed By:** MATTHEW P O'GRADY
  **Note to Clerk eFiling**

    **Filed By:** MATTHEW P O'GRADY
  **Pet Filed in Circuit Ct**
  Petition for Wrongful Death.
    **On Behalf Of:** EVELIA NAVARRO
  **Judge Assigned**