Click here to Respond to Selected Documents

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

**09/12/2024**

   **CRIFS/Unredacted Document**
CRIF; Exh B; Exh C; Exh D; Exh F; Exh H; Exh J; Electronic Filing Certificate of Service in associated to Statement of Uncontroverted and Material Facts filed on 09/12/2024.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 -
   **Stmnt Uncon/Mater Facts Filed**
     +

   **CRIFS/Unredacted Document**
CRIF; Exh A; Exh B; Exh C; Exh D; Exh E; Exh F; Exh G; Exh H; Exh I; Exh J; Electronic Filing Certificate of Service in associated to Statement of Uncontroverted and Material Facts filed on 09/12/2024.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 -
   **Stmnt Uncon/Mater Facts Filed**
     +

   **Stmnt Uncon/Mater Facts Filed**
SUMF; Electronic Filing Certificate of Service.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document   +
     **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document   +

   **CRIFS/Unredacted Document**
CRIF; Electronic Filing Certificate of Service in associated to Memorandum of Law in Support Of filed on 09/12/2024.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 -
   **Memo of Law in Suppt of Filed**
     +

   **Memo of Law in Suppt of Filed**
Memo of Law in Support; Electronic Filing Certificate of Service.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document   +

   **CRIFS/Unredacted Document**
CRIF; Electronic Filing Certificate of Service in associated to Summary Judgment filed on 09/12/2024.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 -
   **Motion for Summary Judgment**
     +

   **Motion for Summary Judgment**
Motion for Summary Judgment; Electronic Filing Certificate of Service.
     **Filed By:** TIMOTHY JOHN WOLF
     **On Behalf Of:** MENARD, INC.
     **Associated Entries:** 09/12/2024 - CRIFS/Unredacted Document   +

**08/22/2024**
   **Notice to Take Deposition**
Notice of Discovery Deposition; Electronic Filing Certificate of Service.
     **Filed By:** LANNY HOWARD DARR II
     **On Behalf Of:** BETTY COUNTS

Exhibit B

**08/15/2024**

**Withdrawal of Attorney Filed**
Withdrawal of Counsel; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING, LLC

**06/14/2024**
    **Depositions Filed**
    Amended Notice of Video Deposition; Electronic Filing Certificate of Service.
        **Filed By:** LANNY HOWARD DARR II
        **On Behalf Of:** BETTY COUNTS

**05/03/2024**
    **Notice to Take Deposition**
    Notice of Video Deposition; Electronic Filing Certificate of Service.
        **Filed By:** LANNY HOWARD DARR II
        **On Behalf Of:** BETTY COUNTS

**02/21/2024**
    **Jury Trial Scheduled**

        **Scheduled For:** 12/20/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
    **Jury Trial Scheduled**

        **Scheduled For:** 12/19/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
    **Jury Trial Scheduled**

        **Scheduled For:** 12/18/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
    **Jury Trial Scheduled**

        **Scheduled For:** 12/17/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**02/20/2024**
    **Jury Trial Scheduled**

        **Associated Entries:** 02/20/2024 -
    **Trial Setting Held**
        **+**
        **Scheduled For:** 12/16/2024; 8:30 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
    **Sound Recording Log Sheet**
    **Trial Setting Held**
    Cause called. Petitioner appears by counsel, Mr. Darr Respondent appears by Counsel, Mr. Zsoche. Cause set for trial to jury on 16-20 December, 2024 at 8:30 AM. Motion to consolidate for trial sustained. /Judge Sidney T. Pearson. rp
        **Associated Entries:** 01/19/2024 -
    **Hearing Continued/Rescheduled**
        **+**
        **Associated Entries:** 01/23/2024 - Trial Setting Scheduled
        **Associated Entries:** 02/20/2024 - Jury Trial Scheduled
        **Scheduled For:** 02/20/2024; 1:00 PM; SIDNEY T PEARSON III ; Crawford Circuit Division

**02/19/2024**
    **Suggestions in Opposition**
    Defendant Menard, Inc.s Suggestions in Opposition to Plaintiff Counts Motion to Consolidate Trial; Electronic Filing Certificate of Service.
        **Filed By:** TIMOTHY JOHN WOLF
        **On Behalf Of:** MENARD, INC.

**01/29/2024**
    **Notice of Hearing Filed**
    NOH - mt to consolidate for purpose of trial; Electronic Filing Certificate of Service. (Already Scheduled) rp
        **Filed By:** LANNY HOWARD DARR II
        **On Behalf Of:** BETTY COUNTS
    **Motion to Consolidate**
    Motion to consolidate for purpose of trial; Electronic Filing Certificate of Service.
        **Filed By:** LANNY HOWARD DARR II
        **On Behalf Of:** BETTY COUNTS

**01/23/2024**

**Trial Setting Scheduled**

    **Associated Entries:** 02/20/2024 -
**Trial Setting Held**
+
    **Scheduled For:** 02/20/2024; 1:00 PM; SIDNEY T PEARSON III ; Crawford Circuit Division

**01/19/2024**

    **Hearing Continued/Rescheduled**
Cause called. Petitioner appears not. Respondent appears not. Cause passed to February 20, 2024 at 1:00 PM for trial setting. No counsel have submitted a list of available dates for trial setting. The only suggested date is unavailable. Counsel ordered to appear eith in person or by webex on February 20, 2024. /Judge Sidney T Pearson. rp
    **Associated Entries:** 12/28/2023 - Hearing Continued/Rescheduled   +
    **Associated Entries:** 12/28/2023 - Trial Setting Scheduled   +
    **Associated Entries:** 02/20/2024 -
**Trial Setting Held**
+
    **Hearing Continued From:** 01/19/2024; 10:00 AM Trial Setting

**01/18/2024**

    **Motion for Continuance**
Motion to continue hearing of January 19, 2024; Electronic Filing Certificate of Service.
    **Filed By:** LANNY HOWARD DARR II
    **On Behalf Of:** BETTY COUNTS

**12/28/2023**

    **Trial Setting Scheduled**
trial setting
    **Associated Entries:** 01/19/2024 -
**Hearing Continued/Rescheduled**
+
    **Scheduled For:** 01/19/2024; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
**Hearing Continued/Rescheduled**
Court being advised that PJ has closed courthouse on 1/2/2024, cause passed to 1/19/2024 at 10AM. /Sr. Judge Sidney T Pearson III tjsm
    **Associated Entries:** 12/01/2023 - Trial Setting Scheduled   +
    **Associated Entries:** 01/19/2024 -
**Hearing Continued/Rescheduled**
+
    **Hearing Continued From:** 01/02/2024; 10:00 AM Trial Setting

**12/01/2023**

    **Trial Setting Scheduled**
trial setting
    **Associated Entries:** 12/28/2023 - Hearing Continued/Rescheduled   +
    **Scheduled For:** 01/02/2024; 10:00 AM; SIDNEY T PEARSON III ; Crawford Circuit Division
    **Motion Hearing Held**
Cause called. Plaintiff appears not. Defendant appears by counsel, Ms. Atzert for MM Trucking, Mr. Knott and Mr. Hayes for other defendant Menards. Cause passed to January 2, 2024 at 10:00 AM for trial setting. Counsel may submit available dates in lieu of appearances. /Judge Sidney T Pearson. rp
    **Associated Entries:** 11/22/2023 - Motion Hearing Scheduled   +
    **Scheduled For:** 12/01/2023; 10:01 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**11/29/2023**

    **Correspondence Sent**
Emailed the Webex link to Augustus Hayes as per his request. jee

**11/28/2023**

    **Request Filed**
Request to Appear for Hearing via Webex; Electronic Filing Certificate of Service.
    **Filed By:** AUGUSTUS T HAYES
    **On Behalf Of:** MENARD, INC.
    **Correspondence Sent**
Emailed the Webex link to Megan Atzert and Keaton Knott per their requests. dw

**11/27/2023**

**Correspondence Filed**
Request to Appear for Hearing via Webex; Electronic Filing Certificate of Service.
    **Filed By:** MEGAN DIANNE ATZERT
    **On Behalf Of:** MM TRUCKING, LLC

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** MEGAN DIANNE ATZERT
    **On Behalf Of:** MM TRUCKING, LLC

**Correspondence Filed**
Correspondence to Court; Electronic Filing Certificate of Service.
    **Filed By:** KEATON GARDNER KNOTT
    **On Behalf Of:** MENARD, INC.

**11/22/2023**
    **Motion Hearing Scheduled**
    case review, setting any pending motions
        **Associated Entries:** 12/01/2023 -
    **Motion Hearing Held**
        +
        **Scheduled For:** 12/01/2023; 10:01 AM; SIDNEY T PEARSON III ; Crawford Circuit Division

**11/15/2023**
    **Judge/Clerk - Note**
    Senior Judge Pearson accepts assignment. Cause placed on the Court's docket on 1 December 2023 at 10:00 AM for case review, setting any pending motions and for trial setting. Counsel may attend by Webex if desired. /s/Judge Pearson. rp
        **Filed By:** SIDNEY T PEARSON III

**11/08/2023**
    **Hearing/Trial Cancelled**

        **Associated Entries:** 10/17/2023 - Case Review Scheduled    +
        **Scheduled For:** 11/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
    **Judge Assigned**
    **Order to Transfer**
    Consent Order to Transfer to Judge Sidney Pearson. Emailed to Judge Pearson. dw
        **Filed By:** MICHAEL JOSEPH RANDAZZO
    **Proposed Order Filed**
    Proposed Consent Order; Electronic Filing Certificate of Service. Emailed to Judge Randazzo. dw
        **On Behalf Of:** MM TRUCKING, LLC

**10/17/2023**
    **Case Review Scheduled**
    Case review
        **Associated Entries:** 11/08/2023 - Hearing/Trial Cancelled
        **Scheduled For:** 11/21/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
    **Hearing Held**
    Cause called. Petitioner appears not but by counsel O'Grady. Respondent appears not but by counsel, Hayes for Menards. Cause passed to November 21, 2023 at 9:00 AM for case review. /Judge Michael Randazzo rp
        **Associated Entries:** 07/24/2023 - Trial Setting Scheduled    +
        **Scheduled For:** 10/17/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**07/24/2023**
    **Judge/Clerk - Note**
    July 24, 2023 cause called in chambers. Cause placed on the docket October 17, 2023 at 9:00 AM for trial setting. So Ordered! /Judge Michael J Randazzo rp
    **Trial Setting Scheduled**
    Trial Setting
        **Associated Entries:** 10/17/2023 -
    **Hearing Held**
        +
        **Scheduled For:** 10/17/2023; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**07/17/2023**
    **Motion for Continuance**
    Agreed Motion Regarding Trial Setting; Electronic Filing Certificate of Service.
        **Filed By:** AUGUSTUS T HAYES
        **On Behalf Of:** MENARD, INC.

**05/09/2023**
- **Cert Serv of Req for Admission**
  Menards Certificate of Service of First Request for Admissions directed to James Kramer and MM Trucking; Electronic Filing Certificate of Service.
  **Filed By:** AUGUSTUS T HAYES
  **On Behalf Of:** MENARD, INC.

**09/27/2022**
- **Order**
  Order to Consolidate for Discovery only.
- **Motion Hearing Held**
  Cause called. Plaintiff appears not. Defendant appears by counsel. Motion to Consolidate for discovery, sustained by agreement. /Senior Judge Sidney Pearson jee
  **Associated Entries:** 08/18/2022 - Motion Hearing Scheduled
  **Scheduled For:** 09/27/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division

**09/26/2022**
- **Entry of Appearance Filed**
  Entry of Appearance; Electronic Filing Certificate of Service.
  **Filed By:** ADDISON THIEL
  **On Behalf Of:** MENARD, INC.
- **Order**
  Honorable Sidney T Pearson III is generally assigned on September 27, 2022 in the temporary absence of Honorable Michael Randazzo. /Judge Michael Randazzo rp
  **Filed By:** MICHAEL JOSEPH RANDAZZO

**09/22/2022**
- **Withdrawal of Attorney Filed**
  Substitution of Counsel Timothy J. Wolf, Tyler J. Finnegan, Augustus T. Hayes; Electronic Filing Certificate of Service.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.

**08/18/2022**
- **Motion Hearing Scheduled**

  **Associated Entries:** 09/27/2022 -
- **Motion Hearing Held**
  +
  **Scheduled For:** 09/27/2022; 9:00 AM; MICHAEL JOSEPH RANDAZZO; Crawford Circuit Division
- **Notice of Hearing Filed**
  Notice of Hearing; Electronic Filing Certificate of Service.
  **Filed By:** KENT WILLIAM ZSCHOCHE
  **On Behalf Of:** MM TRUCKING, LLC

**02/22/2022**
- **Cert Serv Req Prod Docs Things**
  Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.

**11/22/2021**
- **Certificate of Mailing**
  Certificate of Deposition, filed. rp

**11/02/2021**
- **Notice**
  Notice of Cancellation of Amended Notice of Deposition of Custodian of Records for Cricket Communications, Inc. Pursuant to Subpoena Duces Tecum; Electronic Filing Certificate of Service.
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MM TRUCKING, LLC

**10/11/2021**
- **Notice of Service**
  Return of Service for Amended Deposition Duces Tecum for Cricket Communications; Electronic Filing Certificate of Service. Service on 10-8-21
  **Filed By:** TIMOTHY JOHN WOLF
  **On Behalf Of:** MENARD, INC.

**10/08/2021**

### Notice to Take Deposition
Notice of Amended Deposition of Sticker Communications, Inc. Pursuant to Subpoena Duces Tecum; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**10/07/2021**

### Notice to Take Deposition
Notice to Take Deposition Duces Tecum of Cricket Communications, Inc.; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**09/13/2021**

### Motion to Compel
Motion to Compel and Enforce Discovery; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**08/13/2021**

### Entry of Appearance Filed
Entry of Appearance of Augustus T. Hayes; Electronic Filing Certificate of Service.
    **Filed By:** AUGUSTUS T HAYES
    **On Behalf Of:** MENARD, INC.

**07/09/2021**

### Cert Serv Resp Req Prod Doc Th
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING, LLC

**07/07/2021**

### Cert Serv Answers Interrog Fil
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING, LLC

**06/18/2021**

### Certificate of Service
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**05/19/2021**

### Motion to Consolidate
Motion to Consolidate for Discovery; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING, LLC

**05/10/2021**

### Certificate of Service
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** JAY KHAN
    **On Behalf Of:** MENARD, INC.

**04/08/2021**

### Entry of Appearance Filed
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** JOHN LAVELLE MULLEN
    **On Behalf Of:** MENARD, INC.

### Entry of Appearance Filed
Entry of Appearance Tyler J Finnegan; Electronic Filing Certificate of Service.
    **Filed By:** TYLER JAMES FINNEGAN
    **On Behalf Of:** MENARD, INC.

### Entry of Appearance Filed
Entry of Appearance Timothy J Wolf; Electronic Filing Certificate of Service.
    **Filed By:** TIMOTHY JOHN WOLF
    **On Behalf Of:** MENARD, INC.

**04/07/2021**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** KENT WILLIAM ZSCHOCHE
    **On Behalf Of:** MM TRUCKING, LLC

**04/02/2021**

**Answer Filed**

Answer of Menard, Inc. to The Petition of Plaintiff, Betty Counts; Electronic Filing Certificate of Service.
    **Filed By:** JOHN LAVELLE MULLEN
    **On Behalf Of:** MENARD, INC.

**03/17/2021**

**Affidavit Filed**

Affidavit of Service; Electronic Filing Certificate of Service.
    **Filed By:** LANNY HOWARD DARR II
    **On Behalf Of:** BETTY COUNTS

**03/16/2021**

**Answer Filed**

    **Filed By:** JAMES ALBERT WILKE
    **On Behalf Of:** MM TRUCKING, LLC

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** JAMES ALBERT WILKE

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL E WILKE
    **On Behalf Of:** MM TRUCKING, LLC

**03/04/2021**

**Summons Issued-Circuit**

Document ID: 21-SMCC-128, for MENARD, INC.. Ready for attorney to print and have served. dw

**Summons Issued-Circuit**

Document ID: 21-SMCC-127, for MM TRUCKING, LLC. Ready for attorney to print and have served. dw

**Filing Info Sheet eFiling**

    **Filed By:** LANNY HOWARD DARR II

**Note to Clerk eFiling**

    **Filed By:** LANNY HOWARD DARR II

**Pet Filed in Circuit Ct**

Petition.
    **Filed By:** LANNY HOWARD DARR II
    **On Behalf Of:** BETTY COUNTS

**Judge Assigned**