**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| ROSE HILL CUMBERLAND PRESBYTERIAN CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:23-cv-335-LPR |
| vs. | ) ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT CHURCH MUTUAL'S BRIEF IN SUPPORT OF MOTION FOR**
**CONTINUANCE AND TO AMEND CURRENT SCHEDULING ORDER**

COMES NOW Defendant **Church Mutual Insurance Company, S.I.**, and for its brief in support of its Motion for a Continuance of the current trial date and for an Amendment of the Current Scheduling order for the reasons set forth below:

**A. Trial Date**

As set forth in our Motion, on August 28, 2024, this Court entered its Second Amended Scheduling Order rescheduling the trial of this matter for the Week of December 17, 2024 and adjusting other pre-trial deadlines. Defendants lead counsel is also lead counsel in the cases of *Evalia Navarro v. Menard, Inc, MM Trucking LLC and James Robert Kramer* (Cause Number 20CF-CC00032) and *Betty Counts v. MM Trucking LLC, and Menard, Inc.* (Cause Number 21CF-CC00014) both pending in the Circuit Court of Crawford County before Judge Sidney T. Pearson III, of the Circuit Court of Crawford County, Missouri.

On February 20, 2024, Judge Pearson consolidated these cases and set the consolidated cases for a five (5) day jury trial beginning on December 16, 2024 which is the day before this matter is scheduled to begin. Defendant Church Mutual requests a continuance for the good

#32165572 v1

cause reason that its lead trial counsel is scheduled to be in trial in another court which was scheduled before the current trial date was scheduled in this case.

Local Rule 7.5 of the Local Rules of the United States District Court for the Eastern District of Arkansas allows for a Motion for Continuance to be filed for "good cause". Defendant respectfully submits that the required presence of its counsel in a prior scheduled trial that begins before and will continue through the currently scheduled trial constitutes "good cause"

B.    **Reopening of Discovery and allowing the filing of a Dispositive Motions**

As this Court is aware, there is a separate tangentially related matter pending before this court styled *Service Restoration, Inc. v. Rose Hill Cumberland Presbyterian Church*. See Case No 4:23-CV-00781-LPR. This case involves a dispute the resolution of which will have a significant impact on the resolution of this matter. he *Service Restoration* matter is currently set for trial before this court during the week of November 19, 2024. Defendant Church Mutual states the resolution of this case will make certain material facts which will form the basis for dispositive motions on the legal issues presently alleged by Plaintiff in its Amended Complaint. Specifically, the damages established and awarded in the *Service Restoration* matter, if any, will make the Plaintiff's damages claimed in this matter certain and capable of being examined in regard to whether those damages are covered under the Insurance Policy.

Defendant hopes that a resolution of the Plaintiff's underlying dispute with Service Restoration, will allow the completion of a Stipulation regarding the uncontroverted material facts which would allow the court to determine the applicability of the subject Insurance Policy to Plaintiff's claim of Defendant's duty to pay certain damages and the cost of defending Plaintiff in an action where it is alleged that Defendant Rose Hill failed to pay a vendor with which Plaintiff entered into a written contract.

#32165572 v1

Defendant recognizes that it is solely within this Court's discretion to grant this our any Motion in regard to the scheduling of discovery and dispositive motions but submits this proposal as a way o move this case toward resolution.

It is in this light, that Defendant Church Mutual submits that a period of sixty (60) days following the resolution of the *Service Restoration* matter should be sufficient to clarify the issues which could lead to a summary disposition of this matter.  Defendant is of the opinion that a resolution of the *Service Restoration* matter will make certain the facts under which the terms and conditions of the Insurance Policy can be applied for a determination of coverage for each of the Plaintiff's claimed damages, the majority of which, if not all, relates to the *Service Restoration* lawsuit. Defendant suggests that since Plaintiff's Amended Complaint requests a Declaratory Judgment that ta jury trial can be avoided by having the parties submit this matter on Cross Motions for Summary Judgment referring to the specific provisions of the Insurance Policy which may or may not provide coverage for Plaintiffs' damages as established in the *Service Restoration* matter.

Defendant has suggested that these motions could be completed within thirty (30) days of the completion of the post *Service Restoration* matter discovery but that the time allowed, if any, is solely within the discretion of the Court.

WHEREFORE for the reasons set forth above and in the Defendant Church Mutual's Motion for Continuance and to Amend Current Scheduling Order, Defendant respectfully requests an Order continuing the December 17, 2024 trial date for good cause shown and for an amendment of the current scheduling order to reopen discovery for a limited time and to allow the parties to file Cross Motions for Summary Judgment motions for such other orders as this Court deems just and proper.

Respectfully Submitted,

**WATTERS WOLF BUB & HANSMANN, LLC**


*/s/ Timothy J. Wolf*
Timothy J. Wolf, #2009230 (AR)
John F. Cooney, (Admitted Pro Hac Vice)
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
jfcooney@wwbhlaw.com

*Attorney for Defendant Church Mutual*
*Insurance Company*


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that a true and correct copy of the foregoing was via electronic mail this 4th day of October 2024, upon the following:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
Jacksonville, AR 72078
jogles@aol.com

*Attorney for Plaintiff*


*/s/ Timothy J. Wolf*

#32165572 v1