IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                    PLAINTIFF

VS.                              NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY SI                                                   DEFENDANT

### RESPONSE TO DEFENDANT CHURCH MUTUAL'S MOTION FOR CONTINUANCE AND TO AMEND CURRENT SCHEDULING ORDER

Comes the plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its response to Defendant Church Mutual's motion for continuance and to amend current scheduling order, states:

**A. Trial Date**

1. That Defendant's law firm has hundreds of lawyers. This pleading is the first time Defendant is describing Tim Wolf as lead counsel. Tim Wolf and John F. Cooney are listed on PACER as joint lead counsel in this case. Mr. Cooney also filed many pleadings after he entered his appearance on January 8, 2024.

2. That John F. Cooney has filed many pleadings and affidavits in this case.

3. Defendant is adequately represented by John F. Cooney who is listed as lead counsel for Defendant on PACER. Defendant's law firm www.wwbhlaw.com has many lawyers.

1

Certainly, Defendant can find a few to represent it in this simple breach of contract dispute against Plaintiff's sole practitioner attorney.

4. That Defendant's motion is nothing but another delay tactic to punish Plaintiff.

5. Defendant's motion for continuance should be denied.

**B. This Court Should Not Reopen Discovery and Allow the Filing of Dispositive Motions.**

6. Defendant's desperate attempt to reopen discovery should be denied.

7. The Defendant's motion inaccurately states that *Service Restoration, Inc. v. Rose Hill Cumberland Presbyterian* Case No. 4:23-cv-00781-LPR is set for trial on November 19, 2024. Actually, *Service Restoration, Inc. v. Rose Hill Cumberland Presbyterian* Case No. 4:23-cv-00781-LPR was remanded to Drew County Circuit Court on July 29, 2024, and a trial date is not set.

8. Defendant's motion to reopen discovery based upon its incorrect understanding of the Service Restoration matter should be denied. A simple search on PACER or CaseSearch would have informed Defendant that the case was remanded.

WHEREFORE, Plaintiff requests this Court deny the Defendant's motion for continuance and to amend current scheduling order, and for all other proper relief, including attorney's fees.

        Respectfully submitted,

        John Ogles
        Arkansas Bar No. 89003
        Texas Bar No. 00797922
        OGLES LAW FIRM, P.A.
        200 S. Jeff Davis
        P.O. Box 891
        Jacksonville, AR 72078
        (501) 982-8339
        jogles@aol.com