IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSE HILL CUMBERLAND**
**PRESBYTERIAN CHURCH**                                                      **PLAINTIFF**

**VS.**                                    **NO. 4:23-CV-00335 LPR**

**CHURCH MUTUAL**
**INSURANCE COMPANY SI**                                            **DEFENDANT**

### PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT CHURCH MUTUAL'S MOTION FOR CONTINUANCE AND TO AMEND CURRENT SCHEDULING ORDER

Comes the plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its brief in opposition to Defendant Church Mutual's motion for continuance and to amend current scheduling order, states:

A.  **Trial Date**

Defendant has two lead attorneys in this case and can also find a few other lawyers to adequately represent it against Plaintiff and its sole attorney. The motion for continuance is in bad faith and should be denied.

B.  **This Court Should Not Reopen Discovery and Allow the Filing of Dispositive Motions.**

This argument is completely meritless. If Defendant had looked on PACER it would have discovered that the *Service Restoration v. Rose Hill Cumberland Presbyterian Church* case was

1

remanded back to Drew County Circuit Court on July 29, 2024. If Defendant had looked on CaseSearch it would have discovered that there is not a court date set.

That the above-styled case was filed on April 10, 2023, and Plaintiff's motion for summary judgment is pending.

That the case Defendant did not know was remanded (Service Restoration v. Church Mutual) was removed to federal court by Defendant on August 23, 2023. Defendant's desperate stall tactic should be seen for what it is and the Defendant's motion should be denied.

WHEREFORE, Plaintiff requests this Court deny the Defendant's motion for continuance and to amend current scheduling order, and for all other proper relief, including attorney's fees.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com