IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                         PLAINTIFF

VS.                              NO. 4:23-CV-00335 LPR

CHURCH MUTUAL
INSURANCE COMPANY SI                                       DEFENDANT

### PLAINTIFF'S REPLY TO DEFENDANT CHURCH MUTUAL'S RESPONSE TO PLAINTIFF'S MOTION TO ORDER DEFENDANT TO DEFEND PLAINTIFF WITH BRIEF INCORPORATED

Comes the Plaintiff, Rose Hill Cumberland Presbyterian Church "Rose Hill", and for its reply to Defendant Church Mutual's response to Plaintiff's motion to order Defendant to defend Plaintiff with brief incorporated, states:

1.      Defendant must be confused. Defendant has already accepted liability in this case and paid Plaintiff $128,672.52 for the claim. The disputed $115,067.57 is the amount Service Restoration is suing Plaintiff for, and Defendant refuses to pay. See Exhibit A, *Service Finance v. Rose Hill* Complaint, paragraph 9. Defendant is collaterally estopped from now changing positions.

2.      Furthermore, Plaintiff files this motion since Defendant may seek a stay of this litigation pending the resolution of the litigation between Plaintiff and Service Restoration in Drew County Circuit Court. Defendant should be ordered to hire an attorney to represent Plaintiff or pay Plaintiff's current attorney if this litigation is stayed.

1

3.    That the Plaintiff's motion to defend may be moot once a ruling on Plaintiff's motion for summary judgment is issued.

WHEREFORE, Plaintiff, Rose Hill Cumberland Presbyterian Church, requests this Court grant its motion to order Defendant to defend Plaintiff and for all other proper relief, including attorney's fees.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com

Filed For Record
Drew County, AR
Beverly Burks, Circuit Clerk
By_____

JUL 17 2023

AM 1/2/3/4/5/6/7/8/9/10(11)/12PM

IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS
CIVIL DIVISION

SERVICE RESTORATION INC.                                             PLAINTIFF

VS.                          CASE NO. CV-23-128-3

ROSE HILL CUMBERLAND
PRESBYTERIAN CHURCH                                                  DEFENDANT

## COMPLAINT

Plaintiff Service Restoration Inc. (d/b/a Service Restoration USA), for its Complaint against Defendant Rose Hill Cumberland Presbyterian Church states and alleges the following:

1.      Plaintiff ("Service Restoration") is a Minnesota corporation registered with the Arkansas Secretary of State as a foreign corporation. Plaintiff is in the business of providing emergency disaster cleanup and restoration services to property owners.

2.      This case arises from a time-and-materials contract between Service Restoration and Defendant Rose Hill Cumberland Presbyterian Church for restoration services at Rose Hill's church property at 2133 Highway 83 North, Monticello, Drew County, Arkansas. A copy of the contract is attached hereto and incorporated herein as Exhibit 1.

3.      This Court has jurisdiction over the subject matter of Service Restoration's Complaint and over the parties herein under Ark. Code Ann. § 16-13-201. Venue is proper in this Court under Ark. Code Ann. § 16-60-111.

4.      On July 27, 2022, a church building belonging to Rose Hill Cumberland Presbyterian Church (hereinafter, "Rose Hill") sustained considerable damage due to flooding

**EXHIBIT** A

and water infiltration caused by broken plumbing. Rose Hill immediately contacted its property and casualty insurer, Church Mutual Insurance, S.I., to start a claim for assistance in mitigating the damages and loss and for restoration services to the property. Church Mutual opened a claim file for Rose Hill and assigned it claim number 001-01-251075.

6.      On time-and-materials contracts signed by Jacob Hayes on Rose Hill's behalf, Service Restoration commenced work on or about July 27, 2022. Service Restoration performed water mitigation, mold removal, contents restoration and storage services for several weeks, until approximately October 3, 2022. Service Restoration completed the project with sampling, laboratory testing, and reporting on mold and asbestos levels in November 2022.

7.      Upon completion of the project Service Restoration submitted four invoices to Rose Hill and Church Mutual for payment for services rendered. The invoices are attached hereto and incorporated herein as Exhibits 2 through 5. The total of the invoices was $238,740.09.

9.      Church Mutual issued payment to Rose Hill and Service Restoration in the amount of $128,672.52. Rose Hill withheld $5,000.00 from this payment and forwarded the balance of $123,672.52 to Service Restoration. Rose Hill continues to carry a balance on its account with Service Restoration in the amount of $115,067.57.

10.      Service Restoration timely filed its mechanics and materialmen's lien against Rose Hill's property and made demand on Rose Hill for the full amount of its invoices.

### Count 1 – Breach of Contract against Plaintiff

11.      Service Restoration and Rose Hill entered a valid, enforceable contract for emergency disaster mitigation and restoration services at Rose Hill's facility in Monticello, Arkansas. A copy of the contract is attached as Exhibit 1.

12.    Service Restoration fully performed on all of its contractual obligations and invoiced Rose Hill according to the terms and prices Rose Hill agreed to pay Service Restoration for its services.

13.    Rose Hill has breached its contract with Service Restoration by failing to pay Service Restoration's invoices when due.

14.    As a result of Rose Hill's breach of contract Service Restoration sustained damages in the amount of $115,067.57 plus its costs and attorney fees incurred as a result of having to bring this action.

WHEREFORE, Plaintiff Service Restoration Inc. prays that this Court enter judgment in its favor against Defendant Rose Hill Cumberland Presbyterian Church in the amount of $115,067.57, plus its costs and a reasonable attorney fee incurred as a result of having to bring this cause of action to collect on its open account.

Respectfully submitted,

SERVICE RESTORATION INC.

By:    Monty V. Baugh (Ark. Bar No. 2008138)
Monty V. Baugh, PLC
900 South Shackleford Road, Suite 300
Little Rock, AR 72211
(501) 690-5086
monty@montybaugh.com