# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROSE HILL CUMBERLAND**                                                                 **PLAINTIFF**
**PRESBYTERIAN CHURCH**

**v.**                                    **Case No: 4:23-cv-00335-LPR**

**CHURCH MUTUAL INSURANCE**
**COMPANY, S.I.**                                                                 **DEFENDANT**

## **ORDER**

On February 12, 2025, Plaintiff filed a motion to dismiss this case with prejudice based on a settlement agreement reached by the parties.[1] Defendant consents to the motion.[2] Accordingly, Plaintiff's Motion to Dismiss (Doc. 94) is GRANTED and this case is DISMISSED with prejudice, with each party bearing its own costs. The Clerk is instructed to close this case.

IT IS SO ORDERED this 13th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 94).

[2] Def.'s Consent to Dismissal (Doc. 95).