IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSE HILL CUMBERLAND**                                                              **PLAINTIFF**
**PRESBYTERIAN CHURCH**

**v.**                                 **Case No: 4:23-cv-00335-LPR**

**CHURCH MUTUAL INSURANCE**
**COMPANY, S.I.**                                                                    **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 13th day of February 2025.

                                                                                               _____
                                                                                               LEE P. RUDOFSKY
                                                                                               UNITED STATES DISTRICT JUDGE